1
Disabled American Veteran

2   Mike Vigil

3   4990 S Topaz St. #34
Las Vegas NV 89120

4   ( 702 ) 435-6766

5   Plaintiff- IN Pro Se



___ FILED          RECEIVED
___ ENTERED        SERVED C. I
COUNSEL/PARTIES OF RECORD

JUN - 4 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                      DEPUTY

6

7   # IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

8

9   MIKE   VIGIL,          )
)  Case No.:
10              PLAINTIFF,  )        **2:19-cv-00948-RFB-CWH**
VS.                        )
11                         )
12   HUD WASH D.C. et,al,.)        COMPLAINT
)
13   DEFENDANTS.)                  **DEMAND JURY TRIAL**
**MANDATORY STATUTE**
14   _____      7 th Amend. U.S. CONSTI.
JURISDICTION          FED. R. CIVIL P.48
15   **INTRODUCTION**    28  U.S.C.  1331   ( 6 Member Final Decision )
COMPLAINT

16       Initial Pleading by which an Action is Commenced under Codes

17   or Rules Of Civil Procedure Fed. R.Civil P.3 Pleading sets Forth

18   for Relief.    Exploitation of the Volnerable Disabled and/or
Elderly a THEFT of Finances is a Criminal Offense Class B FELONY.

19   Jury Instruction 14.9 is a Felony. American W/Disabilities Act 1990.

20   Pltf.'s Age 74  INCOME Veterans Disability Pension & S.S.Benefits.

21   Race Native American-Religion Christian. Victim Of Harmful Hate Crimes.

22   PUNITIVE DAMAGES BURDEN OF PROOF CLEAR & CONVIENCING EVID. PONZI METHOD

23       INTENTIONAL FRAUD, PUNITIVE DAMAGES U.S.Code/Text/42/198/a JUDGMENT

a Wrong Perpetrated Harmful action Gvt. Employee  IRREFUTABLE EVIDENCE

24   No ceiling On Punitive Damages,Government Pays.$200 Million US C.18/249

25   U.S.GVT.Harmful Deadly Intentional Actions Denied Pltf. a Safer

Enviornment. Present Death trap Enviornment Murders,Assualts,Robberies,

26   Infested Heavy Drug Trafficing. Elder & Disable Easy Prey For CRIMINALS.

27   Library of Congress- Perpetration. U.S. Constitution 7 th Amend. F.R.C.P (38)
a crime either  with his own hands,   GURANTEED, SHALL BE  PRESERVED AND NO FACT
or instrument written document;       TRIED BY JURY, SHALL BE REEXAMINED
terminating a right.

28   Arbitration Ruling Exh.L  IN ANY COURT OF THE UNITED STATES.
DATED.  5-28-2019    DATED: Jun 3, 2019   Mike Vigil
COURT ACTION FILED TIMELY-PLTF.Mike Vigil Disable American Veteran Prose

## INTRODUCTION

**MEMORANDUM OF POINTS AND AUTHORITIES** EXHIBIT "A"

**EXHIBITS      EVIDENCE      EXAMINATION**

**Frequently Used Numbers** ⬇ **Income Limits & Payment Standards**

**Exploitation of the Volnerable Disabled and/or Elderly A THEFT Of Finances is a CRIMINAL OFFENSE Class B FELONY.**

WARNING: Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

MUST,SHALL,WILL  Judicial Effect Mandatory Order of Authority,
MUST,SHALL,WILL  U.S.Military Service Command of Execution Act or Completing.
U.S,CONSTITUTION MANDATED GUARANTEE (1) FAIR HEARING OPEN COURT. DISABLE VET.
Pltf.$1,093 Total Monthly Income S.S.&V.A.Pays $503 Toward Monthly Rent.(50%
Other Hud Members Monthly Income $3,270.83¢ HUD requires LESS toward Rent(21%

| AGENCY | EFF. DATE | 0BR | 1BR | 2BR | 3BR |
|--------|-----------|-----|-----|-----|-----|
|        | 3/1/2018  | $ 687 | $ 843 | $1,041 | $1,530 |
|        | 3/1/2019  | $ 697 | $ 846 | $1,048 | $1,530 |

### Utility Allowance, standard RENT

Pltf. Out Of Pocket pays 1st.
Time to N.V. Energy Electric 100 %
bill.  Pltf. Pays 2nd time When
added to Gross Rent. Pltf. Pays
3rd time when Pltf. is placed in
the FRAUD Income bracket.50% Income
RENT Poverty level Rec. Food stamp
Voucher. is Whiped Out. $ 15
Defendants view Pltf Inferior
Race Skin Color, Disabled,Elderly
Volnerable, Defensely. Easy Prey
**U.S.Congress Library
Allowance-DeDuction
Difinition"Take Away"**

### ESTIMATED UTILITY ALLOWANCES

| 0BR | 1BR | 2BR | 3BR |
|-----|-----|-----|-----|
| $90 | $110 | $130 | $200 |

deduction – elderly/disabled allowance)
disabilities, the PHA must used the appropriate
U.S.Congress Library
Appropriate Subject to Extent.

Deduction. That which is deducted; the part taken away; Civil Code La. art. 1358.

### INCOME LIMITS FOR HCV AND PH PROGRAMS

| FAMILY SIZE | | Effective | 1 | 2 |
|-------------|---|-----------|---|---|
| LOW (PH) | 80% | 4/1/2018 | 39,250 | 44,850 |
| VERY LOW | 50% | 4/1/2018 | 24,550 | 28,050 |
| EXTREMELY LOW 30% | | 4/1/2018 | 14,750 | 16,850 |

Top Person Family Size (1) BR
Standard Rent HUD Monthly $ 846.00
Rec. Annual Income $ 39,250. Div/12
Month =$3,270.83¢ Pay  TOWARD RENT
as Instructed by HUD D.C. 80%=$677
$677 Monthly Portion Hud top Person,
When $ 3,270.83¢ Div. by 3 Equals
$ 1,090.27¢. Pays $ 226 X 3= $ 677.
( 21% )                          RENT

PLTF's Total Annual Income $13,124 After
$400 (HUD one time annual deduction – elderly/disabled allowance
Pltf. Total Monthly Income $1,093
and Pays $ 360 Plus $110 Utility Loss
( $470 ) Portion Monthly Rent=.50%
Nearly 50% of ANNUAL INCOME $ 13,124
$ 1,093 Exact 44%.Pltf Pays $264 More
Monthly than Top Person( 28 years
Fed. Crime PONZI METHOD Shifting %
Shifting Income Levels, shifting
wording,Shifting Numbers.Irrefutable
CORRECT MONTHLY PORTION RENT $226-$110 +$32

October 15, 2014
Dear Michael Vigil,                    C 26___347  RENT$148
                                       VIGIL M

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

2  of  14

**Concealed By Defendants** **EXHIBIT "B"**

**WARNING:** Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

### EXHIBITS     EVIDENCE     EXAMINATION

Defts. Concealment ( Intentional Fraud) The First Chart by Defts. EXH.A.

Does Not Reveal The Correct Income Counted to Apply 40%.

Pltf. From the Chart Below | VERY LOW | 50% | 21,550 | ADDED

TO | EXTREMELY LOW 30% | 12,950 | Divided by ( 2 )Income Counted

$17,200 | LOW | 40% | 17,200 | Concealed Income Counted Concealed

to Steal Finances From Pltf. Disabled and Elderly. Age 74. RACE

TO EASY   Pltf. Pays 40% on $5000 Annual. Pltf. Do NOT Receive INCOME,

Defendants Intentional
Criminal fraud

**INCOME LIMITS FOR S8 AND PH PROGRAMS**
**EFFECTIVE December 18, 2013**

| FAMILY SIZE | | 1 |
|---|---|---|
| RENT ← LOW (PH) | 80% | 34,450 |
| RENT ← VERY LOW | 50% | 21,550 |
| RENT ← VERY LOW LOW | 40% | 17,200 |
| RENT ← EXTREMELY LOW 30% | | 12,950 |
| RENT ← POVERTY LOW Pltf 40% | | 12,488 |

Payment standard: $843
Top Person Pays as follows
80% X $843 Standard Rent=674
23.5% X Monthly Income=$674
1/12-$34,450=$2,870 Monthly

Top Person Only pays 7.9%
Per Thousand Monthly
Income $2,870($3,000) rounded
Pltf. Pays 40% per one
Thousand Monthly Income
monthly income is  $1,040.67

[monthly income $1,040.67 x 40% = 416.27 (becomes $416, rounded down)]Plaintiff

( 54 ) Yrly. Repeated Federal Criminal OFFENSES GVT's PONZI METHOD
( 27 ) Yrly. Repeated Federal Hate Crimes Perpetrated Harmful Action
NO CRIMINAL IS ABOVE THE LAW

"I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all."

First Official Flag

Before a Jury the Defts. **MUST** - Explain Why the 40% Income

is $ 17,200 ? the 40% is Applied to Pltf.'s $12,488 a ( $5,000)

( Difference ). Where does that Income Comes From. Pltf. needs Funds

Emergency Medications,Food,Clothing,Transportation. Shifting

Income Levels,Shifting Percentages,Shifting Wording,(PONZI METHOD)

IS A FEDERAL CRIME.   California & Nevada Apply ( Ponzi Method.)

HUD OFFICES IN 50 STATES AND 8 TERRITORIES. ? ? ?
VIEW EXHIBIT "Z" for Legal Analysis Federal Regulations Violations

## EXHIBITS   EVIDENCE   EXAMINATION   EXHIBIT "C"

Income: (SSB) $1025 X 12 = $12,300    Income: (Pension) $49 x 12 = $588

Total annual income: $12,300 + $588 = $12,888   Monthly rent: $650
Head of Household: Michael Vigil ___ ID# T0051161 ___ Date: 8/8/2015

Monthly rent: $650  Unit address: 4990 S. Topaz Street #34, Las Vegas, NV 89120

can pay no more than $307 + $110 Util

# Utility Allowance, ⬄

$1,040.67 x 40% = 416.27

Payment standard: $843 – 1 bedroom

Pltf. Out Of Pocket pays 1st.
Time to N.V. Energy Electric 100 %
bill. Pltf. Pays 2nd time When
added to Gross Rent. Pltf. Pays
3rd time when Pltf. is placed in
40%  Income bracket. $17,200
10% Poverty level Rec. Food stamp $15.00
Voucher. is Whiped Out. $12,488.
Defendants view Pltf Inferior
Race Skin Color, Disabled, Elderly
Volnerable, Defensely. Easy Prey

Utility allowance: $72

| | |
|---|---|
| Heating (electric) | $14 |
| Cooking (electric) | $8 |
| Basic electric | $36 |
| Air Conditioning | $14 ⬄ |

UTILITY ALLOWANCES   NO DISABLE/ELDER BILL IS $ 14 A MONTH
U.S.Congress Library   FOR HEATING OR A/C FOR SUMMER.
Allowance-DeDuction ⬄ DISABLE AND ELDER SPEND MORE TIME
Difinition"Take Away"   AT HOME BECAUSE OF AGING OR ILLNESS.

### SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY

Tenant Rent Calculation:  Additionally, based on the SNRHA calculations, this family

a.  If the gross rent for the unit is at or below the payment standard, the family pays the highest of; 30% of monthly adjusted income; 10% of monthly gross income; or the $50 rent minimum, MINUS the applicable utility allowance for tenant paid utilities.

b.  If the gross rent for the unit is above the payment standard, the family pays the highest of 30% of monthly adjusted income, 10% of monthly gross income; or the $50 minimum rent PLUS any amount over the payment standard, minus the applicable utility allowance for tenant paid utilities. Defts.Replace Minus
w/Plus Sign

family" $650 + $72 = $722 ⬄
MISSING
MINUS SIGN ⬆ Gross Rent $722

**ESTIMATED UTILITY ALLOWANCES**

| 0BR | 1BR | 2BR | 3BR |
|---|---|---|---|
| $90 | $110 | $130 | $200 |

A person with disabilities, the PHA must need the
elderly/disabled appropriate utility allowance

UTILITY ALLOWANCES
U.S.Congress Library
Allowance-DeDuction ⬄   U.S.Congress Library
Difinition"Take Away   Appropriate Subject to Extent.

elderly/disabled allowance) - $400 (HUD one time annual deduction -

When the Higher Percentages 40%   30% are ⬄ Applied to the

Monthly Income the Above Deductions and Allowances DISAPPEAR

into the Fraudulent PERCENTAGES. Pltf. In 26 yrs. Continuous Client

DISABLED has not Received one Red Cent Deductions or Allowances.

INTENTIONAL FRAUD.   Deduction. That which is deducted; the part taken
away; Civil Code La. art. 1358.

Page  4 OF  14

EXHIBITS   EVIDENCE   EXAMINATION   **EXHIBIT "D"**

Payment standard: **$843 RENT** Monthly

Box 1 $35,250 Div. By 12 Months=$2,938
$2,938 X 22.9%=$675 Rent(80X$843=674
$ 2,938 Pays 7.9% Per Thousand Monthly.

| Median Income | $1,960 | 2018 Effective | 1 | 2 | 3 |
|---|---|---|---|---|---|
| LOW (PH) 80% | | 4/14/2017 | 35,250 | 40,250 | 45,300 |
| VERY LOW 50% | | 4/14/2017 | 22,050 | 25,200 | 28,350 |
| EXTREMELY LOW 30% | | 4/14/2017 | 13,200 | 16,240 | 20,420 |

SHOULD BE
7.9% Per Thousand
NOT
40% PER THOUSAND

Client: MICHAEL VIGIL

40% of my adjusted monthly income is  $1,040.67 x 40% = 416.27 RENT

$12,888 - $400 (HUD one time annual deduction – elderly/disabled allowance) DISAPPEARS IN HIGHER PERCENTAGE

30% (or 10% or $50 minimum rent) of my adjusted monthly income

EFFECTIVE December 18, 2013

| FAMILY SIZE | | Effective | 1 | 2 | FAMILY SIZE | | 1 | 2 |
|---|---|---|---|---|---|---|---|---|
| LOW (PH) 80% | | 3/28/2016 | 33,750 | 38,550 | LOW (PH) 80% | | 34,450 | 39,400 |
| VERY LOW 50% | | 3/28/2016 | 21,100 | 24,100 | VERY LOW 50% | | 21,550 | 24,600 |
| EXTREMELY LOW 30% | | 3/28/2016 | 12,650 | 16,020 | EXTREMELY LOW 30% | | 12,950 | 14,800 |

| 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|---|---|---|---|---|---|---|
| $90 | $110 | $130 | $200 | $250 | $300 | $330 |

ESTIMATED UTILITY ALLOWANCES for calculation purposes only:

In case where reasonable accommodation has been provided, to a family that includes a person with disabilities, the PHA must used the appropriate utility allowance for the size of the dwelling unit leased by the family. To ensure that compliance with this provision, PHAs may employ ad hoc reports that available through the Inventory Management System/Public and Indian Housing Information Center, as explained in Notice PIH 2014-25 ("Over Subsidization in the Housing Choice Voucher Program")."

Applies to Plaintiff

NO Utility Allowance OR Reimbursment Payment to Tenant in file Disable or Elder Contineous 26 years

a person with disabilities
Notice PIH 2014-25

Only one Person With Disabilities ( singular Pronoun ) PHA Must Must Judicial Effect Mandatory.)Must use the appropriate utility Allowance. Pltf. rated Permanently and Totally Disabled,unemployable. Department Of Veterans March 15,1990.HUD PIH 2014-25, MUST-MANDATORY

Library of Congress

To apply Higher Income Levels and Percentages unsupported to Plaintiff's true Income and Stealing the Utilities Allowance are (2) separate subject Criminal Offenses.  False Statements and Misrepresentation over a period of 26 years Equal 52 Criminal Offenses. Shifting Percentages, Wording, Numbers is Ponzi Method.

WARNING: Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

MIKE VIGIL 'S DECLARATION IN LIEU OF DEPOSITION      **EXHIBIT "E"**

## MILITARY SERVICE AND PROTECTOR OF THE UNITED STATES

I, Declare under the Penalty of Perjury All Facts
are Correct and True In this Declaration by Plaintiff.

The Highest Expression in Protecting the United States

Constitution are those Americans that Serve in the Military Armed

Forces.  Petitioner Serving Over Seas During the Viet-Nam Era

1969 - 71  2nd 41st. Artillary Badkissagin,EouROPE training for Combat.

When the Petitioner's life and the lives of 5 fellow Soldiers

was on the Balance of DEATH on a Manever by Night there were 4

Soldiers in back of a supply Truck PfC McGee, PFC Cortez, PFC Tobak,

PfC Vigil and in front Cab Driver E-4 Barras, Passenger Side E-6.

Before We left our last Possition the inside door lock Broke

the Decission was made to use the Outside door lock so we had no

Exit Escape.  While on the Move PfC Cortez decided to have a

Cigarett one tank had asmall leak and a second tank was near,

both tanks were filled with Butane plus the gas tank below the

truck was filled with Gas.  When the Tank near Cortez with the

small leak a large Flam shot Straight UP 8 feet and Cortez shouted

" I can't See I can't See ."  PFC McGee and PFC Tobak In Panic

I seen on their Eyes and Face Kept saying " It's going to Blow UP"

They Attempted to Break Open the Door Locked from the Outside and

I Decided to throw around Duffle Bags and Supplies and Quickly

Found the Fire Extinguisher large in size and pulled the pen

and begin to spray the entire Area untill the Flame Disappeared.

Afterwards Calm and quietness took Control took over the

Enclosure.  When we reached our Destination and begin to unload

the truck Mcgee said," Mike was the only one that did not Panic

and Saved Our Lives or there would be Nothing but Body parts to

pick up."  There is nothing More Rewarding than your Fellow

Soldiers to Respect you and Shack your hand for saving their Lives.

The Flame only Glazed Cortez's Eyes after a Few Hours His Eye Sight

Became Normal. Every WAR is a Poor man's WAR.

Rich People Stay Home and watch the War on the Big Screen for ENTERTAINMENT.

**Outstanding** = Distinguished Separated from Others by Superior or Extraordinary in Service.

EXHIBIT "F"



FOR HONORABLE SERVICE IN THE
UNITED STATES ARMED FORCES

AND FOR OUTSTANDING SERVICE AND LOYALTY
TO THE UNITED STATES OF AMERICA

THIS CERTIFIES THAT

# MICHAEL VIGIL

HAS MET THE STRICT REQUIREMENTS
SET FORTH BY THE
CONGRESS OF THE UNITED STATES
FOR MEMBERSHIP IN THE AMERICAN LEGION.

*July 4 2007*

*Michael Vigil*

NATIONAL ADJUTANT

7 of 14



MIKE VIGIL
Service      4990 TOPAZ ST 5 34
Address:     LAS VEGAS, NV 89120

EXHIBIT "G"

03/14/2018

**48-HOUR TERMINATION OF SERVICE NOTICE FOR NON-PAYMENT**

This is a reminder that as of the date of this notice your account is past due in the amount of $125.30. If you've made a payment, thank you. Please disregard this notice. If you would like to discuss a payment arrangement, please call us at (702) 402-5555 or visit us at nvenergy.com.

You may have received a new billing statement with additional charges. However, there is a previous balance due for charges incurred prior to January 30, 2018. To avoid disconnection of service, you must pay the previous balance due. Failure to make this payment will result in the termination of your service. The previous balance must be paid before the termination date shown on this notice.

YOU MUST PAY THE PREVIOUS BALANCE DUE OF $125.30 BY MARCH 20, 2018 TO AVOID SERVICE DISCONNECTION.

You may pay online at our website or any Shop & Pay or payment kiosk location. Please visit nvenergy.com for a complete list of locations. For credit and debit card payments, call (800) 253-8084. A processing fee will be charged for this service.

If your service is disconnected, you must pay the following amounts to restore your service:

- The previous balance due of $125.30
- A reconnect fee of $6 if the service can be remotely reconnected
- A reconnect fee of $40 for same day and/or after hours or $30 for next business day for a manual reconnection
- A security deposit and applicable late charges

**If the service is disconnected, payment must be received by 2 p.m. for service to be restored the same day.**

After your service is restored, you will need to verify that your main breaker has been reset to the on position. Your meter may be disconnected and reconnected remotely. Please ensure your property is free from potential fire danger. Do not place items on your stove or other appliances or electronics that may lead to a fire when service is reconnected.



YOUR SERVICE WILL BE TERMINATED ON
March 21, 2018

Previous bill plus disconnection notice
March 20, 2018          $125.30

**Account:**        3000312339612430985
**Customer Number:**            3123396
**Premises Number:**            1243098

**Payment Options:**
Online at nvenergy.com or call (844) 343-3719
At any of our authorized Shop & Pay locations
By phone: (800) 253-8084 (debit/credit card)
Do not mail payment

If anyone residing at this address is either disabled or age 62 or older, please call (702) 402-5555 or (800) 331-3103 to update your account information. Once the information is verified and the account is coded, an additional hand-delivered 48-Hour Notice will be provided prior to the disconnection of the service.

**See the reverse side for agencies that may help pay your bill.**

---

Customer Service: (702) 402-5555 or (800) 331-3103  Toll Free 24/7, excluding holidays   Emergencies: (702) 402-2900

---



**ACCOUNT NUMBER: 3000312339612430985**

48-Hour Termination Notice

Previous bill plus disconnection notice
March 20, 2018          $125.30

**DO NOT MAIL PAYMENT**

**Service    4990 TOPAZ ST 5 34**
**Address: LAS VEGAS, NV 89120**

12/11/018 4:29 PM 3   0003059 2018C315 NC4PR151 Nc0c01 1 oc DCN4 NC6PR10000* 181525 NC



MIKE VIGIL
4990 TOPAZ ST APT 34
LAS VEGAS NV 89120-1068

8 of 14

Do Not Mail





3000312339612430985  0000023823  0000012530  0  001

Head of Household: Michael Vigil    ID# 70031161    Date: 8/6/2015

Unit address: 4990 S. Topaz Street #34, Las Vegas, NV 89120

# EXHIBIT "H"

Income: (SSB) $1025 X 12 = $12,300

Income: (Pension) $49 x 12 = $588

(No income calculated from Assets because they are less than $5,000)

Total annual income: $12,300 + $588 = $12,888

## HOAX
## NO PURPOSE
## NEVER REC.

Annual income minus deductibles:

$12,888 – $400 (HUD one time annual deduction – elderly/disabled allowance)

= $12,488 (Annual adjusted income)

### ESTIMATED UTILITY ALLOWANCES

| 0BR | 1BR | 2BR | 3BR |
|-----|-----|-----|-----|
| $90 | $110 | $130 | $200 |

a person with disabilities, the PHA must used the appropriate utility allowance

Adjusted income converted from annual to monthly:

= $12,488 / 12 = $1,040.67

Family contribution:  Thirty percent of the adjusted monthly income:

$1,040.67 x 30% = $312.20 (becomes $312, rounded down)

| FAMILY SIZE | | 1 |
|-------------|---|---|
| RENT LOW (PH) | 80% | 34,450 |
| VERY LOW | 50% | 21,550 |
| VERY LOW LOW | 40% | 17,200 |
| EXTREMELY LOW | 30% | 12,950 |

Forty percent of the adjusted monthly income:

$1,040.67 x 40% = 416.27 (becomes $416, rounded down)

Payment standard:  $843 – 1 bedroom voucher

Monthly rent:  $650

### EFFECTIVE  December 18, 2013

Utility allowance:  $72

Frequently Used Numbers    Income Limits

| Heating (electric) | $14 |
| Cooking (electric) | $8 |
| Basic electric | $36 |
| Air Conditioning | $14 |

### INCOME LIMITS FOR S8 AND PH PROGRAMS

| FAMILY SIZE | | 1 | 2 | 3 | 4 |
|-------------|---|---|---|---|---|
| RENT LOW (PH) | 80% | 34,450 | 39,400 | 44,300 | 49,200 |
| VERY LOW | 50% | 21,550 | 24,600 | 27,700 | 30,750 |
| EXTREMELY LOW | 30% | 12,950 | 14,800 | 16,650 | 18,450 |

Per HUD, the gross rent is calculated as the monthly rent, plus utilities paid by the family"  $650 + $72 = $722

**Minus /máynəs/.  Lat.  In the civil law, less;  less than**

Per HUD, use the *lessor* of the payment standard or the gross rent in order to calculate the housing authority portion:

Payment standard: $843          Gross rent: $722

The applicable maximum subsidy is the lessor of the gross rent or payment standard minus the family contribution (30% of adjusted monthly income):

Gross rent = $722 – $312 = $410 (this is the housing authority portion)

To determine family share, subtract housing authority subsidy from the monthly rent:

$650 – $410 = $240



**U.S. Congress Library**

Rent. Consideration paid for use or occupation of property. In a broader sense, it is the compensation or fee paid, usually periodically, for the use of any property, land, buildings, equipment, etc.

EXHIBIT "I"

## SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY
Housing Choice Voucher Department, P.O. Box 1897, Las Vegas, NV 89125-1897
Phone (702) 922-6900   FAX (702) 922-6929   TDD (702) 387-1898



### HOW TO DETERMINE RENT
### (ESTIMATES ONLY -- RENT REASONABLENESS AND COMPARABLES APPLY)

Client: MICHAEL VIGIL          Client #: T0051161          Voucher Size: 1    Bedroom
Total Monthly Income                                       (Payment Standard Size)
SS $1,008+VA$48=$1,056
According to my verified information, I understand that

| | | |
|---|---|---|
| 30% (or 10% or $50 minimum rent) of my adjusted monthly income is | $ 302.00 | |
| 40% of my adjusted monthly income is | $ 402.00 | |
| (I cannot exceed the 40% maximum for initial leasing) | | |
| THE DIFFERENCE BETWEEN MY 30% AND 40% IS | $ 100.00 | |

Minus /mäynəs/. Lat. In the civil law, less: less

U.S. CONGRESS LIBRARY

| | | SNRHA |
|---|---|---|
| Actual Payment Standard Amounts | $ | 843.00 |
| Plus my difference from above | $ | 100.00 |
| Total (equals the maximum gross rent) | $ | 943.00 |

| | | | |
|---|---|---|---|
| A. | Rent to Owner | $ | 833.00 |
| B. | Utility Allowance, if any (see chart below) | $ | 110.00 |
| C. | Gross Rent (or Space Rent) (A + B) | $ | 943.00 |
| D. | Lower of payment standard or gross rent | $ | |
| E. | TTP (30% or 10% or $50 minimum rent) | $ | |
| F. | Total HAP (D minus E; if E larger, put 0) | $ | |
| G. | Total family share (C minus F: 40% ____ ) | $ | |
| H. | HAP to owner (lower of A or F) | $ | |
| I. | Tenant rent to owner (A minus H) | $ | |
| J. | Utility reimbursement (F minus H) | $ | |

**I understand I must report, in writing, any income or family status changes before I lease up.**

Participant Signature _____     Date
                                                       6.4.14

SNRHA Representative _____      Date

### ESTIMATED UTILITY ALLOWANCES for calculation purposes only:

HOAX
NO PURPOSE
NEVER REC.

| 0BR | 1BR | 2BR | 3BR | 4BR | 5BR |
|---|---|---|---|---|---|
| $90 | $110 | $130 | $200 | $250 | $300 |

WARNING: Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

Our agency provides reasonable accommodations to elderly or disabled applicants and participants to ensure programs and services are accessible. If you need a reasonable accommodation, please submit your request in writing to: SNRHA, P.O. Box 1897, Las Vegas, NV 89125, Attention: 504 Officer.

Southern Nevada Regional Housing Authority will not discriminate because of race, color, religion, age, national origin, disability, familial status or sexual orientation. If you feel you have a Fair Housing Complaint, please contact HUD at 1-800-669-9777 or TTY 1-800-927-9275. The Equal Access to Housing in HUD Program Regardless of Sexual Orientation or Gender Identity Final Rule, published in the Federal register February 3, 2012. SNRHA will comply with 24 CFR Parts 5, 91, 880, et al. Violence Against Women Act Conforming Amendments.

Si usted no puede leer este documento por favor pida la asistencia de nuestro personal bilingüe. La Vivienda Regional del Sur de Nevada, proporciona servicios de traducción para participantes y clientes que califican. Si usted necesita esta forma en Español, por favor contacte a su asistente social.

**Calculation Summary for MIKE VIGIL**

# 2019

# EXHIBIT "J"

## Voucher Calculation:

| | | |
|---|---|---|
| Bedrooms on Voucher: | | 1 |
| Payment Standard: | $ | 846 |
| Contract Rent to Owner: | $ 878 | |
| Utility Allowance: Should be | $ 65 - | |
| Minus Sign | | |
| Gross Rent: | $ | 943 |
| Lower of Pmt Standard & Gross Rent: | $ | 846 |
| Amount Gross Rent Exceeds Payment Standard | $ | 97 |
| 40.00% AMI: See US Congress | $ | 438 |

**PONZI METHOD—INTENTIONAL FRAUD**

| Lower of Pmt Standard & Gross Rent: | $ | 846 |
|---|---|---|
| 30% X $1,094=$ 328 TTP: | $ | 328 |
| Correct Total HAP: | $ | 518 |
| 21% X $1,094=$236 | | |
| Minus $110 =$126. | | |
| Contract Rent to Owner: | $ | 878 |
| HAP to Owner: | - $ | 518 |
| Full Subsidy Tenant Rent: | $ | 360 |
| Full Subsidy Utility Reimbursement: | $ | 0 |

## Owner Information:

Owner - Payments:  **PAY TWICE MONTHLY RENT /SKIN COLOR**

Code: s0035464

Name: BPL Maryland Pkwy Blg, LLC dba Topaz Senior Apartments

Phone: (702) 737-8063

Address: 6551 ANNIE OAKLEY DRIVE
HENDERSON, NV 89014

**NO DISABLE OR ELDERLY**

Owner - Letters: Same as Above

**PERSON PAYS $14 A MONTH
FOR AIR CONDITIONING OR
$14 a Month for HEATING**

| AGENCY | EFF. DATE | 0/BR | 1/BR | 2/BR | 3/BR |
|---|---|---|---|---|---|
| | 3/1/2018 | $ 687 | $ 843 | $1,041 | $1,530 |
| | 3/1/2019 | $ 697 | $ 846 | $1,048 | $1,530 |

**Utility Allowance,** standard RENT

Pltf. Out Of Pocket pays 1st. Time to N.V. Energy Electric 100 % bill. Pltf. Pays 2nd time when added to Gross Rent. Pltf. Pays 3rd time when Pltf. is placed in the FRAUD Income bracket.50% Income RENT Poverty level Rec. Food stamp Voucher. is Whiped Out. $ 15 Defendants view Pltf Inferior Race Skin Color, Disabled, Elderly Volnerable. Defensely. Easy Prev

**U.S.Congress Library Allowance-DeDuction Difinition"Take Away"**

## ESTIMATED UTILITY ALLOWANCES

| 0BR | 1BR | 2BR | 3BR |
|---|---|---|---|
| $90 | $110 | $130 | $200 |

deduction — elderly/disabled allowance) disabilities, the PHA must used the appropriate

U.S.Congress Library Appropriate Subject to Extent.

### INCOME LIMITS FOR HCV AND PH PROGRAMS

| FAMILY SIZE | Effective | 1 | 2 |
|---|---|---|---|
| LOW (PH) 80% | 4/1/2018 | 39,250 | 44,850 |
| VERY LOW 50% | 4/1/2018 | 24,550 | 28,050 |
| EXTREMELY LOW 30% | 4/1/2018 | 14,760 | 16,850 |

Top Person Family Size (1) BR
Standard Rent HUD Monthly $ 846.00
Rec. Annual Income $ 39,250. Div/12
Month =$3,270.83¢ Pay TOWARD RENT
as Instructed by HUD D.C. 80 % =
$677 Monthly Portion top Person,
When $ 3,270.83¢ Div. by 3 Equals
$ 1,090.27¢. Pays $ 226 X 3=$ 677.
21%                              RENT

PLTF's Total Annual Income $13,124 After
$400 (HUD one time annual deduction — elderly/disabled allowance
Pltf. Total Monthly Income $1,093
and Pays $ 360 Plus $110 Utility Loss
( $470 ) Portion Monthly Rent= .50%
Nearly 50% of ANNUAL INCOME $ 13,124
$ 1,093 Exact 44%.Pltf Pays$264 More
Monthly than Top Person( 28 years

| Supplementary Nutrition Assistance Program (SNAP) - NEW or Current Certification Period October 1, 2018 - September 30, 2019 | | |
|---|---|---|
| October 2018 | Application Received Date : August 13, 2018 | |
| Name | Status | Comments (See Case Information) |
| MICHAEL VIGIL | Eligible | Benefit Amount:   $   15.00 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

DECLARATION OF SOLE PLAINTIFF MIKE VIGIL       Page 1 of 2
       MIKE VIGIL VS. HUD D.C.,Et.,Al.

My name is Mike Vigil and I am the Sole Plaintiff in this
Action. My Address is 4990 S. Topaz Street Apt. 34, Las Vegas
Nevada 89120. I am over the age of 18 and Competent to testify
under Oath to all facts and Conviencing Punitive Damages in this
Action in a Court of Law.

After The Veterans Administration Rated the Plaintiff Totally
and permanently Disabled Dated March 15,1990 I Became a Client
HUD D.C. for Choice Benefits Housing Entittlements also Noted by
the letter by the Veterans Administration Dated October 15,2014,
Disabled Veterans are entitled to Housing Entitlements VA PLEASE
SAFEGUARD THIS IMPORTANT DOCUMENT.

My Application Date with HUD D.C. appears on 12-1-91 EXHIBIT
" J " pg. 11 reverse side. My first Residence with the program
was Meadow Green Apartments 211 San Carlos St. Apt.83 Stockton CA
95207. Resident on or about Aug.1,1991 thru Aug.31,1994 ( 3yrs )


2 nd Residence with HUD Village of the Pines 1350 Buckingham Apt. 2
Stockton, California,95207 Resident Sept.1,1994 Thru Jun.1,2014 20 yrs.
3 rd. Residence Jun 2,2014 I transfered on a Portable Voucher as
a Continuant Client with HUD to Senor Topaz Apartments 4990 So.#34
Topaz Address Appears On Complaint Filed as Present Address
Mike Vigil 4990 So Topaz Apt.34 , Las Vegas NV. 89120

PLAINTIFF DECLARATION Pg. 2 of 2

In the 28 Yr. Period I have Experienced Shifting Income Levels Higher than my Real Income Counted Monthly and shifting Higher Percentages to the Income so I will Have to Pay a Higher Percentage of My portion to the Rent. Exhibits will explain to detail in OPEN COURT HEARING. Presently My true Income total Counted is $ 1,093 Other Clients Receive $ 3,270.23 Income Counted that is three times my Monthly Income and I Pay $360 and the loss of $ 110 Utility Allowance equals = $ 470 Monthly almost 50% of My total monthly Income.  Client with $ 3,270.23 total Monthly Income receives three times my Income Pays only $226 for $ 1,090.23 vs. the $ 470.00 Pltf. Pays see Exhibit  " A " lines 7 thru 25. Ireefutable Evidence. Shifting Income Levels, Shifting Percentages, Shifting wording. The Ponzi Method to steal Finances from the Disabled and Elderly is a Felony Federal Crime.

Further First time Homebuyer Coordinator Steve McCoy was MOST of the time under the enfluence of Drugs See Exhibit K pgs. 10-20 Document 4-20-15 I quickly stated Mr McCoy your Dateing the Wrong Date look at your Calendar on the Wall your 12 Days off the correct Date today Mr. McCoy Stated SLURRING HIS WORDS " Your RIGHT Mike I'll Correct it to 4-20-2015 and Sign my Signature."

I don't know if he was doing Street Drugs.

I know on Jun 4,2015 we had a meeting and at that appointment He was Verbally Abusive Racist Remarks My Race Skin Color Disable Veteran was Targeted for Extermination by HUD D.C. for that REASON HUD D.C. Instructed "me and Latrice Stone Finance Department and Nobody Cares what happens to your skin Color in the  ."Death Trap" Enviorments". All Document Irrefutable Dated Supports.

I, MIKE VIGIL DECLARE UNDER THE PENALTY OF PERJURY ALL FACTS ARE TRUE AND CORRECT.

Dated: Jun 3, 2019

RESPECTFULLY SUBMITTED,

Declarant And Plaintiff Mike Vigil

# EXHIBIT "K"



**DEPARTMENT OF VETERANS AFFAIRS**
**316**
**ATLANTA REGIONAL LOAN CENTER**
**ATTN: COE (262)**
**P.O. BOX 100034**
**DECATUR, GA 30031**

Page 1 of 20

June 22, 2015

In Reply Refer To:
COE/ 6669███
VIGIL , MICHAEL

MICHAEL VIGIL
4990 S TOPAZ ST
APT 34
LAS VEGAS , NV 89120

Dear Michael Vigil,

Enclosed is the requested Certificate of Eligibility. 

Sincerely,

*Al S.*

Al S.
LOAN SPECIALIST

# Your Credit Score and the Price You Pay for Credit

| | | |
|---|---|---|
| **Lender** | **Borrower** | **Date** |
| Wells Fargo Bank, N.A. | Mike Vigil | May 18, 2015 |
| 2701 Wells Fargo Way | 4990 TOPAZ ST | |
| Minneapolis, MN 55467-8000 | Apt 34 | **Loan Number** |
| | LAS VEGAS, NV 89120 | XXXX6684 |

## Your Credit Score

| **Your Credit Score** | 720 | **Date:** May 18, 2015 |
|---|---|---|
| | **Source:** Equifax | |

## Understanding Your Credit Score

| **What you should know about Credit Scores** | Your *"Credit Score"* is a number that reflects the information in your Credit Report. |
|---|---|
| | Your *"Credit Report"* is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your Credit Score can change, depending on how your credit history changes. |
| **How we use your Credit Score** | Your Credit Score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 334 to a high of 818. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |

HCFG-00047
Credit Score Disclosure - H3
VMP®
Wolters Kluwer Financial Services © 2010                    2015051816 1 0 3112 J20150123Y

03/11
Page 1 of 4





**Department Of Veterans Affairs**
550 Foothill Drive
PO Box 551900
Salt Lake City, UT 84158-1900

Page 3 of 20

October 15, 2014

In Reply Refer To:   341/N██/NCF
C 26███ 347  ✓
VIGIL M

MICHAEL VIGIL
4990 TOPAZ ST APT 34
LAS VEGAS NV 89120

Dear Michael Vigil,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

**Personal Claim Information**
Your VA claim number is: 26 ███ 347
You are the Veteran.

**Military Information**
The character(s) of discharge and service date(s) of the veteran include:
Honorable, Army, 05/21/1969-06/11/19██
(There may be additional periods of service not listed above)



DATED:   March 19, 2019

Respectfully Submitted,

_Mich Vgil_
Michael vigil-

**DEPARTMENT OF VETERANS AFFAIRS**   Page 4 of 20
316
**ATLANTA REGIONAL LOAN CENTER**
**ATTN: COE (262)**
**P.O. BOX 100034**
**DECATUR, GA 30031**

June 22, 2015

In Reply Refer To:
COE/ 6669229
VIGIL , MICHAEL

MICHAEL VIGIL
4990 S TOPAZ ST
APT 34
LAS VEGAS , NV 89120

Dear Michael Vigil,

Enclosed is the requested Certificate of Eligibility. 

Sincerely,

*Al S.*

Al S.
LOAN SPECIALIST

---

HUD WASH.D.C. Actions
To Cause Death Or
Bodily Harm to Plaintiff
Mike Vigil

FIRST TIME HOMEBUYER
DECLARATION OF MIKE VIGIL 

My name is Mike Vigil and I am Over the Age of 18 years Old
and in legal Capicity to Testify to this Declaration In any Court
of law. My Address and land phone Numer appear on Page one.
Mid-March 2015 I received a phone call from Steve McCoy HUD
Homeownership Coordinator from Souther Nevada Regional Housing
Authority. Mr. McCoy Asked If I was interested in Buying a Home
Thru HUD Asistance to Attend a Home Buyers Orientation March 31,
2015 at the Address 340 N. 11 th. Street Suite 100 Las Vegas
at 1 P.M.   I attended the Orientation afterwards Mr McCoy took
Me to His Office and Prepaired a file for Me.  Mr. McCoy Stated.
"If everything goes Well You will be in Your First Home In 6
Months."   I informed Mr McCoy I am a Disabled Veteran with High
Rated Credit Score and will Apply for My Certificate Of Eligibility,

I further Informed Mr. McCoy with a Veterans Disability
Pension I will receive a Low Interest Rate, No Closing Cost, 30
year Mortgage term.  Also Informed Mr. McCoy that the Area I
Presently Reside at 4990 S. Topaz A Senor Citizen Complex is a
Very Dangerious for Disabled and Elderly Just Down the Street
Early Morning (2) People were shot and Killed at a Bus Stop
Eastern and Topicana.  The Disabled and Elderly are Easy Prey
for Violence in a Drug Infested Area.  Mr. McCoy Stated." In
Henderson Homes are Still at Fair Market Value you should Easily
find a Home there with HUD Standard Assistance $ 843 Monthly
Payment Plus the $110 Utility Allowance for the Disabled and Elder
and Presently there is Not No Waiting List like I Said you can be
in your First New Home In 6 Months." Mr. McCoy handed Me a List
Of Lenders and Agents that work with HUD See Exhibit Page 10
I was Informed by the Lenders and Agents I Qualified for a HOME
In the Range $ 185,ooo and They welcomed the V.A. Certificate
Openly Because the V.A. Certificate Gurantees the Loan will be
paid Off in it's Entire Amount.  After a Number of other Visits
with Mr. McCoy I was Delighted and Saw an Opportunity to Own My
First Home In a Much Safer Envionment for the Aging and Disabled.
On Jun 4,2015 I appeared at Mr. McCoy's Office Office and He
Handed Me a Document Dated 4,2015 Intended FRAUD Mr. McCoy Stated
that Latrice Stone Supervisor of the Finance Payment Department
and He decided to Reduce My Assistance Standard Monthly Subsidy
From $ 843 to $464 a difference of $ 400 a Month and No Utility
Allowance for th ageing and Disabled. Further the Only Property
I qualified for was 4990 S. Topaz St,Las Vegas,Nv 89120.
On November 30,2018 this Property Sold For $ 6,290,000 EXHIBIT PG. 9

On Jun 4,2015 I appeared at Mr. McCoy's Office Office and He
Handed Me a Document Dated Jun 4,2015,Fraudulent Mr. McCoy Stated
that Latrice Stone Supervisor of the Finance Payment Department
and He decided to Reduce My Assistance Standard Monthly Subsidy
From $ 843 to $464 a difference of $ 400 a Month and No Utility
Allowance for th ageing and Disabled. Further the Only Property
I qualified for was 4990 S. Topaz St,Las Vegas,Nv 89120.
On November 30,2018 this Property Sold For $ 6,290,000 EXHIBIT Page 9

    I, Said there Must be a Mistake from what you first informed
Me about buying a Home in Henderson with the Standard Assistance
Monthly $ 843 and entitlement $ 110   for Utility Allowance.
When I seen Mr. McCoy and Begin Laughing uncontrolably and said.
" Those entitlements are reserved for white and black People only,
HUD keeps your skin Color in the MostDangerous Neigborhoods as a
Sophisticated Strategy to Exterminate Your Skin Color." as He
Continued to Laugh.  I reminded Him that Property 4990 S. Topaz
St. is a Senor Resident Complex and is Impossible for Me to Buy.
Mr. McCoy Stated." Latrice Stone and I are aware and have
Knowledge of that.'   I finally realized March, April,May and
Jun appointments was just a HOAX I poped Out of my Seat and
Exited the door way and there to my left was a fat black woman
no less than 300 lbs ease droping as a witness If I decided to
confront Mr. McCoy physically He would Have a Witness to Expell
Me from the Housing Entitlements I was Entitled to by the Letter
Dated October 15,2014.      ( Below )

U.S.Congress Library-Entitlements May Not be Abriged .
Or Reduced with Out Due Process.

Dear Michael Vigil,              October 15. 2014          In Reply Refer To:  3410___/NCF
(VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or
local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or
reduced state park annual memberships, or any other program or entitlement in which verification of
VA benefits is required. Please safeguard this important document.

On Jun 4,2015 HUD D.C. assigned Mr. Steve Mccoy Homeownership

Coordinator And  Latrice Stone Supervisor Finance Payment

Department to Provoke Mike Vigil into a Confrontation that is

why the 300 pound black lady was ease Droping to be a Witness

to Remove mike Vigil from the HUD Program.

> I am a VOWED Christian see Exhibit page 19
>
> For Christmas and Easter I Stand on Street Corners
>
> and hand Out My Christian Art Work and Poetry
>
> to People I meet for the first Time. I am a
>
> NON- Violent Human Being.

**Please be advised while we are here to serve you, Housing Choice Voucher (HCV) Regulations authorize a public housing authority to terminate benefits when a family engages in or threatens abusive or violent behavior toward the authority's personnel [24 CFR § 982.552(c)(1)(ix.)]**

DISCRIMINATION FILED
COMPLAINT FED.HATE CRIMES
Skin Color Race, AGE 74,
Disabled V.A.,Religion.
Coupled W/ HateCrime U.S
Codes 18 & 249. ATTEMPTS
TO CAUSE BODILY HARM
Preparation short of
Execution. WEAPON OR
FACILITIES- Operation,
transaction, or course
of Conduct. May Include
animate Beings Such as
Persons, People and
groups thereof. Cheny V.
Tolliver,234 Ark. 973,
356 S.W. 2d 636,638.
Plaintiff will Prove.

NATIONAL INTEREST
The Formula Developed by
the U.S. Government PONZI
METHOD, SHIFTING WORDING,
SHIFTING INCOME LIMITS,
SHIFTING PERCENTAGES.
PLTF. 29 yrs. ALWAYS KEPT
IN A DEADLY ENVIORNMENT
HEAVY DRUG TRAICING,
MURDERS,ASSULTS,BATTERIES
THE DISABLED/ELDERLY EASY
PREY FOR VIOLENT CRIMINALS.
BRING ATT.THIS SERIOUS RACE
EXTERMINATION BY THE GVT.

I, DECLARE UNDER THE PENALTY OF PERJURY ALL FACTS ARE TRUE AND

CORRECT.

> For the Documents Attached and Declaration Submitted,
>
> Client  Is Entitled to Due Process.

Respectfully Submitted,

Dated Jun 3, 2019

_Plaintiff Mike Vigil_

8   of 20



## SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY
Housing Choice Voucher Department, P.O. Box 1897, Las Vegas, NV 89195-1537
Phone (702) 922-6900   FAX (702) 922-6929   TDD (702) 387-1898



HUD 50% ENTITLEMENTS /50 % HUMAN SKIN COLOR

### HOUSING ASSISTANCE PAYMENT LETTER

June 4, 2015



Borrower Name: Michael Vigil                **HOAX**

Property Address: 4998 S. Topaz St. Las Vegas, NV 89120       *This property Sold
on 11-2018 For
$ 6,290,000 Next Page*

I hereby certify that the above identified borrower has been approved to receive a monthly
homeownership subsidy under the Southern Nevada Regional Housing Authority's (SNRHA)
Housing Choice Voucher (Section 8) Program.          50% ENTITLEMENTS

The monthly subsidy is *estimated to be* $ 464. per month for a period of  6/1/2015 – 5/31/2016
or; (beginning the first date of the month the mortgage is due). This client is eligible for a
1 bedroom (or larger) home based on her family size.

The family will continue to receive the Housing Choice Voucher (HCV) homeownership subsidy
for up to 15 years for Family Self Sufficiency participants or 30 years for disabled and/or elderly
voucher holders. The Housing Assistance Payment (HAP) is based on HCV eligibility which is
determined annually. If the family's income decreases, the subsidy may increase to
accommodate the decrease in income within the limits of the maximum payment standard. If the
family's income increases, the subsidy will decrease and adjust annually.

Additionally, based on the SNRHA calculations, this family can pay no more than $307 toward
her monthly mortgage payment. If the client's portion of the monthly mortgage payment is
larger than the maximum amount listed, the mortgage will be considered unaffordable at this
time by the Department of Housing and Urban Development regulations.

For this reason, the monthly mortgage payment should not exceed $ 843.00  PROMISED
FULL ENTITLEMENT

The mortgage payment must also include property taxes, insurance, and HOA dues.

If you have any further questions regarding the HAP, please contact me at 702-922-7052.

Senta Robinson
Special Programs Supervisor

### PAYMENT STANDARD FOR THE VOUCHER PROGRAM

| 0/BR | 1/BR | 2/BR | 3/BR | 4/BR |
|------|------|------|------|------|
| $776 | $843 | $1,438 | $1,530 | $1,616 |

### ESTIMATED UTILITY ALLOWANCES for calculation purposes only:

| 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|-----|-----|-----|-----|-----|-----|-----|
| $90 | $110 | $130 | $200 | $250 | $300 | $330 |



# CLARK COUNTY ASSESSOR'S OFFICE
## Parcel Information

Page 9 of 20

**Parcel Number :** 162-25-102-008

## General Information

| | |
|---|---|
| **Owner :** | B P L MARYLAND PARKWAY BUILDING L L C |
| | LIM BENEDICTO PE & LOURDES PE LIVING TRUST |
| **Mailing Address :** | 6551 ANNIE OAKLEY DR |
| | HENDERSON, NV 89014 |
| **Assessor Desc :** | PT NE4 NW4 SEC 25 21 61 |
| **Document No :** | 20181130:00002643 |
| **Rec. Date :** | 11/30/2018 |

| | |
|---|---|
| **Location Address :** | 4990 TOPAZ ST PARADISE |
| **Sct/Twn/Rng :** | 25/21/61 |
| **Vesting :** | No Status |
| **Abatement :** | OTHER - 4.2 % |
| **Details :** | |

## Assessment Information & Value Excluded From Partial Abatement

| | | | |
|---|---|---|---|
| **Fiscal Year :** 2019-20 | **Tax District :** 470 | **Supp. Improvement Value :** | |
| **Incremental Land :** 0 | **Incremental Improvements :** 6,243 | | |

### Real Property Assessed Value

| Fiscal Year : | 2018-19 | 2019-20 |
|---|---|---|
| Land : | 231,000 | 252,000 |
| Improvements : | 560,096 | 562,448 |
| Personal Propery : | | |
| Exempt : | | |
| 2019-20 Exempt Type: | | |
| Gross Assd : | 791,096 | 814,448 |
| Tax Land + Imprv : | 2,260,274 | 2,326,994 |
| Com.Element.Assd : | | |
| Total Assessed : | 791,096 | 814,448 |
| Total Taxable : | 2,260,275 | 2,326,994 |

### Estimated Lot Size & Appraisal Info.

| | |
|---|---|
| Org. Const. Year : | 1983 |
| Estimated Size : | 2.14 acres |
| Last Sale Price : | $6,290,000 |
| Sales Type : | F - Foreclosure |
| Month / Year : | 11/2018 |
| Dwelling Units : | 60 |
| Land Use : | MFR 5+ Units Low Rise Apartments (1-3 story) |

## Structure Details

### Structure - 1

| | | | | | |
|---|---|---|---|---|---|
| Total Living SqFt. : | 45,852 | Casita SqFt. : | | Addn/Conv.SqFt. : | |
| 1st Floor SqFt. : | | Carport : | | Pool : | |
| 2nd Floor SqFt. : | | Stories : | | Spa : | |
| 3rd Floor SqFt. : | | Bedrooms : | | Const. Type : | |
| Unfinished Basement SqFt. : | 0 | Full Bathrooms : | | Roof Type : | |
| Finished Basement SqFt. : | 0 | Half Bathrooms : | | Eff. Const. Year : | 1983 |
| Basement Garage SqFt. : | 0 | Fire Place : | | | |
| Total Garage SqFt. : | #Error | | | | |

*No Waiting List Stated To Me by Mr Steve McCoy*

# SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY   PAGE   10 of 20
## U. S. Department of HUD_Approved Pre-Purchase Housing Counseling

**DOWN PAYMENT** ... **CE/RESIDENTIAL LENDERS/REALTORS** *Include$110 Utility Allowar*

*$943.00*



**Steve McCoy**
Homeownership Coordinator
Southern Nevada Regional Housing Authority
340 N. 11th Street, Suite 100
Las Vegas, NV 89101 – smccoy@snvrha.org
702-922-6977

*"Many hands...one purpose"*

**imortgage**
... W. Russell Rd., Suite 210
Las Vegas, Nevada 89148

.. 702 322 0417
702 322 0410
401 533 0894
.. 855 636 7585
mary.marsh@imortgage.com

Mary Marsh
LOAN SPECIALIST
NMLS ID ...



**Century 21**
MARTINEZ & ASSOCIATES
4040 S. Eastern Ave., Ste. 100
Las Vegas, Nevada 89119
Mobile 702.286.1965
Fax 702.598.4602
sayogarcia@gmail.com
www.lasvegasluxuryliving.com

Sayo Garcia



**WELLS FARGO HOME MORTGAGE**

**MARCELA ZUMARAN**
Home Mortgage Consultant
Union Plus Mortgage Specialist

Wells Fargo Home Mortgage
10655 PARK RUN DRIVE
SUITE 240
LAS VEGAS, NV 89144
Tel: 702 240 1406
Fax: 866 702 7124
Cell: 702 720 9247
Marcela.Zumaran@wellsfargo.com
www.wfhm.com/marcela-zumaran
NMLSR ID: 1088478

| ...ential Mortgage Lenders | Real Estate Agents |
|---|---|
| Wells Fargo Home Mortgage (702)368-5756 | Karen Smith/King Realty Group (702)300-8274 |
| ~~...~~ *Phone Call* *Mary Marsh 7-4 322-0417* | Leistra R. Henson, C.D.P.E. (702) 204-1330 |
| ...gage Connie Bowman, Consultant (702)498-6869 | Marcus Fitzgerald  Century 21 Advantage Gold (702)214-1400 |
| ...radley Mortgage Capital (702) 942-6171 | Cezial Garnett II  Prudential Americana Group (702)275-9000 |
| ...een Home Loans $945 ...69-4346 *W Russell* | Gary W. Jensen  Rock Realty Group (702) 203-7344 |
| ...rn Fidelity Mortgage ...30-6737 | Zsuzsanna Reinhard   Silver Canyon Realty (702) 443-3682 |
| ...ct Mortgage (702) 492- | Martha Almanza  Desert Vision Realty (702) 374-8390 |
| ...lortgage  Ashley Bauer, ...ge Specialist (702)373- ...1-0515 *701 N Green Valley Pkwy* | R. Jerome Johnson  Keller Williams Southwest Realty (702)581-5113 |
| *2TS* | +Martin Reyna, Century 21 Advantage Gold  (702) 296-6983 |



4/20/2015

# EXHIBIT" EXHIBITS EVIDENCE EXAMINATION Page 11 of 20



**Veterans Administration**

DEPARTMENT OF VETERANS AFFAIRS
Regional Office
1301 Clay Street
Oakland CA 94612-5209

March 15, 1990

In Reply Refer To:
343/**713**
C 26 **347**

Mr. Michael Vigil
Post Office Box 7061
Stockton, CA 95207

You have been recently rated permanently and totally disabled by the
Veterans Administration for your non-service connected pension claim.

You may have a National Service Life Insurance policy in force. If you
are now paying premiums and have been totally disabled six months or
more, you may be eligible for a waiver of the premiums. Please continue
to pay your premiums until the Insurance Center notifies you that the
waiver has been granted, so that your policy stays in force.

You may apply for the waiver of premiums by calling this office for
VA Form 29-357, Claim for Disability Insurance Benefits.

However, if you do not now have an active National Service Life Insurance
policy in force and you are not currently paying any premiums to the
Veterans Administration, PLEASE DISREGARD THIS LETTER.

MARTIN F. BLESKEY
Veterans Services Officer

Upper left Date March 15, 1990
Veteran's Administration Rated
Pltf. Permanently and totally
Disabled.  Lacked legal Capacity
Sui Jurs 1990 thru Jun o7,2018.

below Document Dated Jun 7,2018
Only Disabled for Pltf.'s V.A.
Pension. Pltf. Presently in
Full Legal Capacity Mentally &
Physically to Proceed with ALL
Judicial Matters with the Court's
Federal Jurisdiction. JURY TRIAL.
Sui Jurs Pltf. in his own Right
Possessing full Social and Civil
Rights Not under Power of Another
Or Guardianship.

       Attorneys Request
$ 50,000 Retainer and $800 Hourly
Fee, Pltf. Has No Choice but to
Proceed in Pro Se.
April 20,1988 U.S.Senate Votes
to Compensate American Japanese
V. U.S.Gvt. For Injustices (42)
Years Later. Pltf. Suffered
for (30)years Criminal Offenses

DEPARTMENT OF VETERANS AFFAIRS
Regional Office
Pension Management Center (335/21P)

JUN 07 2018
Stamp ID 135

---

     1991 - 1994  1 st HUD D.C.
Continued Yearly lease
MeadowGreen Apartments
211 San Carlos St.Apt.83
Stockton,CA. 95207

     1994 - 2014  2 nd HUD D.C.
Continued Yearly lease
Village of the Pines
1350 Bucking Ham Way.(2)
Stockton,Ca. 95207

     2014 - Present  3rd HUD
Topaz Senor Apartments
4990 S. Topaz Apt. 34
Las Vegas.NV. 89120

28 years Suffered placed
Dangerious Deadly
Enviornment Heavy Drug
Investation and Fraud
Theft of Utility
Allowance and Other
Financial theft.

PONZI METHOD.CRIMINAL

MICHAEL VIGIL
4990 TOPAZ ST APT 34
LAS VEGAS, NV 89120

In Reply Refer To: 335/**346**
C 26 **347**
VIGIL, Michael

Dear Mr. Vigil:

We made a decision on your claim for medical expenses we received on December 9, 2017.

Every effort was made in considering your claim. This notification tells you what we decided,
how we made our decision and what evidence we used to make our decision. We have also
included information on what to do if you disagree with our decision and who to contact if you
have questions or need assistance.

According to the VA Form 21-8416 we received, Medicaid is covering for your medical
expenses and you have no out of pocket expenses. Therefore no amendment has been made to
your disability pension and you will continue to receive $49.00 per month.

## What We Decided

We have not amended your award.

We enclosed a VA Form 21-8768, "Disability Pension Award Attachment" which explains
important factors concerning your benefits.

## How Did We Make Our Decision?

We have not amended your disability pension benefits because you did not report any medical
expenses on your VA Form 21-8416.

## Evidence Used to Decide Your Claim

In making our decision, we used the following evidence:

• VA Form 21-8416 received on December 9, 2017

Punitive Damages Standard Act American Legisture Establishes a **Standard**
For Liability for <u>PUNITIVE Damages</u>, raises the Burden of Proof to
<u>CLEAR</u> and <u>CONVINCING</u>

42 U.S. Code § 1981a Damages In Cases Of <u>INTENTIONAL</u> https/www.law.
Cornell.edu/ U.S.Code/text/42/198/a - Damages in Cases of... A
<u>Complaining Party May Recover Damages</u> under this Section aganist
A  GOVERNMENT.    <u>NO Ceiling on Punitive Damages</u>    $ 200 Million
CONSTITUTIONAL TORTS- A wrong Perpetrated by the Government through
an <u>Employee</u> or Agent. Claims Intentional Harmful Actions Gvt. Officials.
U.S. Supreme Court created a Private Damages Action Aganist Federal....

**Library of Congress** Perpetration,

*Exemplary or <u>punitive damages.</u>* Exemplary dam-
ages are damages on an <u>increased scale, awarded to
the plaintiff</u> over and above what will <u>barely</u> compen
sate him for his property loss, where the wrong done
to him was aggravated by circumstances of <u>violence,
oppression, malice, fraud, or wanton and wicked con-
duct on the part of the defendant,</u> and are intended to
solace the plaintiff for mental anguish, laceration of
his feelings, shame, degradation, or other aggrava-
tions of the original wrong, or else to punish the
defendant for his evil behavior or to make an example
<u>of him,</u> for which reason they are also called "puni-
tive or 'punitory" damages or "vindictive" damages.
Unlike compensatory or actual damages, punitive or
exemplary damages are based upon an entirely differ-
ent public policy consideration—that of punishing the
defendant <u>or</u> of setting an example for similar wrong-
<u>doers, as above noted.</u>  In cases in which it is proved
that a defendant has acted wilfully, maliciously, or
<u>fraudulently,</u> a plaintiff may be awarded exemplary
damages in addition to compensatory or actual dam-
ages.  Damages other than compensatory damages
which may be awarded against person to punish him
for outrageous conduct.  Wetherbee v. United Ins.
Co. of America. 18 C.A.3d 266. 95 Cal.Rptr. 678. 680.

a crime either with his own hands,
or instrument written document;
terminating a right.

<u>DISCRIMINATION FILED</u>
<u>COMPLAINT FED.</u>HATE CRIMES
Skin Color Race, AGE 74,
Disabled V.A.,Religion.
Coupled W/ HateCrime U.S
Codes 18 & 249. <u>ATTEMPTS</u>
<u>TO CAUSE BODILY HARM</u>
Preparation short of
Execution. <u>WEAPON OR</u>
<u>FACILITIES</u>- Operation,
transaction, or course
of Conduct. May Include
animate Beings Such as
<u>Persons, People</u> and
<u>groups thereof.</u> Cheny V.
Tolliver,234 Ark. 973,
356 S.W. 2d 636,638.
<u>Plaintiff will Prove.</u>
<u>NATIONAL INTEREST</u>
The Formula Developed by
the U.S. Government PONZI
METHOD, SHIFTING WORDING,
SHIFTING INCOME LIMITS,
SHIFTING PERCENTAGES.
PLTF. 29 yrs. ALWAYS KEPT
IN A DEADLY ENVIORNMENT
HEAVY DRUG TRAFFICING,
MURDERS,ASSULTS,BATTERIES
THE DISABLED/ELDERLY EASY
PREY FOR VIOLENT CRIMINALS.
BRING ATT. THIS SERIOUS RACE
EXTERMINATION BY THE GVT.

<u>No</u>  Security Guard Walking Grounds, <u>No</u> Security Camera
Surveillance, Senior Citizen Complex. Defts. <u>Harmful Actions</u> <u>INTENTIONAL</u> W/ <u>FRAUD</u>
and <u>Dangerous Enviornment</u> will Not Allow Pltf a Safer Enviornment
with Entitlements Granted to other Members <u>Black</u> and <u>White</u> <u>Only.</u>
Pltf. <u>Native American</u> <u>Segragated</u> as <u>Inferior RACE</u> from <u>Blacks</u> and
<u>Whites.</u> Pltf. Remains  and will always Remain in a <u>Infested</u> <u>Heavy</u><u>DEADLY</u>
<u>Drug</u> <u>Trafficking</u> <u>Enviornment, Murders, Assualts,Robberies,Batteries,</u>
Death Trap <u>Enviornment</u> the <u>Elderly</u> and <u>Disabled</u> <u>EASY</u> <u>PREY FOR CRIMINALS.</u>

**Michael Vigil**                                                                                      **4/8/2015**

| Action | Action Details | Reason | Outcomes | Date | Date To Be Completed |
|--------|----------------|--------|----------|------|----------------------|
| NW Supplemental Residence Data | Intake completed | Intake | Complete | 4/8/2015 | 4/8/2015 |
| Pre-qualify: Pull Credit | | Determine Affordability | | | |
| Pre-qualify: Enter Liabilities | | Determine Affordability | | | |
| Pre-qualify: Enter Income | | Determine Affordability | | | |
| Document Property Information | | Closing | | | |
| Apply For Financing | | Implement Action Steps | | | |
| Close Out & Resolution | | Resolve Case | | | |

In order to take an active participation in the resolution of my (our) housing conditions, I (we) agree to take the above actions steps: I acknowledge and understand that

- The above issues must be resolved prior to applying for as mortgage loan;
- This document is not intended to convey "loan approval";
- Upon review of additional documents, the counselor may add additional action items to this list;
- Upon applying for a mortgage loan, there may be additional conditions that apply

_Michael Vigil_                                                    4-8-2015

**Michael Vigil (Borrower)**                                        (Date)

_(signature)_                                                      4/8/2015

(Counselor)                                                        (Date)

PRINT OUT

NO   CREDIT SCORE

NO   DEPARTMENT OF VETERANS

316

ATLANTA REGIONAL LOAN CENTER

CERTIFICATE OF ELIGIBILITY



# EXHIBIT PAGE 14 of 20

**Form HUD-50058 Instruction Booklet**

## Section 15. Homeownership Vouchers

**General Rules:**
- Complete if program type is Homeownership (line 1c=VO) and type of action is New Admission (2a=1), Annual Reexamination (2a=2), Interim Reexamination (2a=3), Portability Move-in (2a=4), or Other Change of Unit (2a=7).

### 15a. Is family now moving to this home?:
Indicate if the family is now moving into the home. If the family will remain in the same home at the time of admission or of reexamination, enter N.

### 15b. Date (mm/dd/yyyy) of initial HQS inspection:
Date of the initial housing quality standards (HQS) inspection.

### 15c. Did family move into your PHA jurisdiction under portability? (Y or N) (if no, skip to 15f):
Indicate whether or not the household has moved into the PHA's jurisdiction under portability, regardless of whether the PHA bills the initial PHA or absorbs the family into its own voucher homeownership program. If you answer yes to this question, continue to answer yes for this family as long as the family resides in your PHA jurisdiction.

### 15d. Cost billed per month (put 0 if absorbed):
Monthly amount billed to the initial PHA for the family's housing assistance payment (HAP) amount, on-going administrative fee, and any utility reimbursement to the family. Enter 0 if the family was absorbed by the receiving PHA.

### 15e. PHA code billed:
The initial PHA's 2-letter state code and 3-digit identification number. Leave blank if the receiving PHA absorbs the family.

### *How do I find the initial PHA's identification number?*
For help obtaining the initial PHA's identification number, contact the appropriate HUD field office, the HA Profiles Web Site within PIC or the PIC Help Hotline at 1-800-366-6827 or pichelp@hud.gov.

### 15f. Monthly homeownership payment (PITI & MIP if applicable):
The monthly homeownership cost. Includes principal and interest on initial mortgage debt, taxes and insurance (PITI) and any mortgage insurance premium (MIP), if applicable.

### *What do I enter for homeownership in a cooperative (co-op)?* 
For homeownership in a cooperative, enter the monthly cooperative charge under the occupancy agreement, including real estate taxes and public assessments, and any principal and interest on initial debt to finance purchase of cooperative shares.

### 15g. Utility allowance:
The PHA's utility allowance for the unit.

### 15h. Monthly maintenance allowance:
The amount of PHA's allowance for the monthly routine maintenance costs.

### 15i. Monthly major repair/replacement allowance:
The amount of the PHA's allowance for major home repairs and replacements.

### 15j. Monthly co-op/condominium assessments:
If applicable, enter the amount of co-op or condominium association operation and maintenance assessments.

### 15k. Monthly principal and interest on debt for improvements, if any:
The amount of principal and interest for debt associated with major repairs, replacements, or improvements to the unit.

### 15m. Gross homeownership expense: 15f + 15g + 15h + 15i + 15j + 15k:
Calculation of tenant's total cost of homeownership. Sum of 15f through 15k.

### 15n. Payment standard for the family:
Enter the lower of the payment standard for the family unit size or the payment standard for the unit size that the family actually owns. See 24 CFR 982.503 and 24 CFR 982.635(b).



JULY 25, 1994

Meadowgreen Apts.83  Page 15 0f 20  Sept 1,1994-Jun 1,2014  LAS VEGAS
211 San Calos Stockt  Stockon, CA.95207
95207ca 1350 Buckingham Way Apt.2 Stockon, CA.95207

OF TENANT:

1 BAY PROPERTIES, hereinafter referred to as Management, hereby rents to Tenant the above-described ____ bedroom apartment, together with
its, drapes, fixtures and appliances. Amounts payable prior to occupancy are:

| | AMOUNT DUE | RECEIVED | PAYABLE PRIOR TO OCCUPANCY |
|---|---|---|---|
| for the period from SEPT. 1, 1994 to SEPT. 30, 1994 | $ 410.00 | $ | 410.00 |
| ity and cleaning deposit | 200.00 | 200.00 | |
| (Describe) | | | |
| TOTAL | 610.00 | 200.00 | 410.00 |

**ERM:** The term hereof shall commence **SEPT. 1, 1994** and continue for a period of six months. If Tenant elects to terminate his tena...
at the end of the six month period, he shall give Management 30 days advance written notice thereof; otherwise, tenancy shall continue on a month-to
onth basis until either party terminates this agreement by giving the other party 30 days advance written notice.

**RENT:** Rent shall be $ **410.00** per month, payable in advance, upon the first day of each calendar month to Management at the Rental Offic...

**USE:** The premises shall be used as a residence for no more than **ONE** person(s), and for no other purpose without the prior writt...

**ASSIGNMENT AND SIGNATORYS:** Tenant shall not assign this agreement or sublet any portion of the premises without the prior written consent of...

**UTILITIES:** Tenant shall be responsible for the payment of all utilities and services, except water and garbage which shall be paid by Management...

**SECURITY AND CLEANING DEPOSIT:** The security and cleaning deposit set forth above shall secure the performance of all of Tenant's obligations under...

**PETS AND WATERBEDS:** Without Management's prior written permission, no bird or animal, no waterbeds or liquid-filled furniture shall be kept or...

**HOUSE RULES:** Tenant agrees to abide by any and all house rules, whether promulgated before or after execution hereof...

**MAINTENANCE:** Tenant acknowledges receipt of the premises in good order and repair, and is satisfied with the condition thereof unless otherwise...

**ENTRY AND INSPECTION:** Tenant shall permit the Management and Management's agents to enter the premises at reasonable times to make necessary...

**INDEMNIFICATION:** Management shall not be liable for any damage, loss or injury to Tenant, or any other person, or to any automobile or any other...

**POSSESSION:** If the Management is unable to deliver possession at the commencement hereof, the Management shall not be liable for any damages...

**DEFAULT:** Any failure by Tenant to pay rent when due, or perform any term hereof, shall at Management's option, terminate and forfeit all rights...

**VACATING THE APARTMENT:** Tenant shall give Management 30 days advance written notice of his intention to terminate tenancy, during which time...

**ADDITIONAL TERMS AND CONDITIONS:**

**NOTICES AND TIME:** Any notice which either party may or is required to give, may be hand delivered or mailed to Tenant at the premises or to...
Management at the Rental Office, or such other places as the parties may designate from time to time. Time is of the essence of this agreement.

The foregoing constitutes the entire agreement between the parties and it may be modified only by a written document signed by
Management and Tenant. The undersigned has read and understands the terms and conditions of this agreement and hereby acknow-
ledges receipt of a copy hereof, and a copy of the house rules.

DELTA BAY PROPERTIES                                                              Aug 1, 19__

BY: _____ AGENT

TOPAZ Senor Apts.Michael Vigil                    TENANT
4990 S. Topaz Apt 34 LAS Vegas-                   TENANT
Nevada   JUN 1,2014 ----Present-                  TENANT

EXHIBIT   EVIDENCE   -EXAMINATION

**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
1301 Clay Street
Oakland CA 94612-5209

**VA Veterans Administration**

March 15, 1990 ⬅

In Reply Refer To:
343/871B
C 26 9██ 347

Mr. Michael Vigil
Post Office Box 7061
Stockton, CA  95207

You have been recently rated permanently and totally disabled by the Veterans Administration for your non-service connected pension claim.

You may have a National Service Life Insurance policy in force. If you are now paying premiums and have been totally disabled six months or more, you may be eligible for a waiver of the premiums. Please continue to pay your premiums until the Insurance Center notifies you that the waiver has been granted, so that your policy stays in force.

You may apply for the waiver of premiums by calling this office for VA Form 29-357, Claim for Disability Insurance Benefits.

However, if you do not now have an active National Service Life Insurance policy in force and you are not currently paying any premiums to the Veterans Administration, PLEASE DISREGARD THIS LETTER.

MARTIN F. BLASKEY
Veteran Services Officer

Upper left Date March 15, 1990 Veteran's Administration Rated Pltf. Permanently and totally Disabled. Lacked legal Capacity Sui Jurs 1990 thru Jun o7,2018.

below Document Dated Jun 7,2018 Only Disabled for Pltf.'s V.A. Pension. <u>Pltf. Presently in Full Legal Capacity Mentally & Physically to Proceed with ALL Judicial Matters</u> with the Court's Federal Jurisdiction. <u>JURY TRIAL.</u> <u>Sui Jurs</u> Pltf. in <u>his own Right</u> Possessing full <u>Social</u> and <u>Civil Rights</u> Not under Power of <u>Another Or Guardianship</u> or <u>legal Disability.</u> Attorneys Request $ 50,000 Retainer and $800 Hourly <u>Fee.</u> Pltf. Has No Choice but to <u>Proceed in Pro Se.</u>

**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
Pension Management Center (338/21P)

JUN 07 2018 ⬅
Stamp ID 135

1991 - 1994
Continued Yearly lease
MeadowGreen Apartments
211 San Carlos St.Apt.83
Stockton,CA. 95207

1994 - 2014
Continued Yearly lease
Village of the Pines
1350 Bucking Ham Way.(2)
Stockton,Ca. 95207

2014 - Present
Topaz Senor Apartments
4990 S. Topaz Apt. 34
Las Vegas.NV. 89120

28 years Suffered placed
Dangerious Deadly
Enviornment Heavy Drug
Investation and Fraud
Theft of Utility
Allowance and Other
Financial theft.

PONZI METHOD.CRIMINAL

MICHAEL VIGIL
4990 TOPAZ ST APT 34
LAS VEGAS, NV 89120

In Reply Refer To: 335/21P
C 26 9██ 347
VIGIL, Michael

Dear Mr. Vigil:

We made a decision on your claim for medical expenses we received on December 9, 2017.

Every effort was made in considering your claim. This notification tells you what we decided, how we made our decision and what evidence we used to make our decision. We have also included information on what to do if you disagree with our decision and who to contact if you have questions or need assistance.

According to the VA Form 21-8416 we received, Medicaid is covering for your medical expenses and you have no out of pocket expenses. Therefore no amendment has been made to your disability pension and you will continue to receive $49.00 per month.

**What We Decided**

We have not amended your award.

We enclosed a VA Form 21-8768, "Disability Pension Award Attachment" which explains important factors concerning your benefits.

**How Did We Make Our Decision?**

We have not amended your disability pension benefits because you did not report any medical expenses on your VA Form 21-8416.

**Evidence Used to Decide Your Claim**

In making our decision, we used the following evidence:

- VA Form 21-8416 received on December 9, 2017



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
1301 Clay Street
Oakland CA 94612-5209

**Veterans
Administration**

March 15, 1990

In Reply Refer To:
343/ 1B
C 26      347 ✓

Mr. Michael Vigil
Post Office Box 7061
Stockton, CA 95207

<u>You have been recently rated permanently and totally disabled</u> by the
Veterans Administration for your non-service connected pension claim.

You may have a National Service Life Insurance policy in force. If you
are now paying premiums and have been totally disabled six months or
more, you may be eligible for a waiver of the premiums. Please continue
to pay your premiums until the Insurance Center notifies you that the
waiver has been granted, so that your policy stays in force.

You may apply for the waiver of premiums by calling this office for
VA Form 29-357, Claim for Disability Insurance Benefits.

However, if you do not now have an active National Service Life Insurance
policy in force and you are not currently paying any premiums to the
Veterans Administration, PLEASE DISREGARD THIS LETTER.

MARTIN F. BLESKEY
Veterans Services Officer

| **Appendix I** |
| --- |

| Federal Standard State and Territory Codes |
| --- |

## 51 federal States  And  8 territories

**States**

| AL | = | Alabama |
| AK | = | Alaska |
| AZ | = | Arizona |
| AR | = | Arkansas |
| CA | = | California |
| CO | = | Colorado |
| CT | = | Connecticut |
| DE | = | Delaware |
| DC | = | District of Columbia |
| FL | = | Florida |
| GA | = | Georgia |
| HI | = | Hawaii |
| ID | = | Idaho |
| IL | = | Illinois |
| IN | = | Indiana |
| IA | = | Iowa |
| KS | = | Kansas |
| KY | = | Kentucky |
| LA | = | Louisiana |
| ME | = | Maine |
| MD | = | Maryland |

| MA | = | Massachusetts |
| MI | = | Michigan |
| MN | = | Minnesota |
| MS | = | Mississippi |
| MO | = | Missouri |
| MT | = | Montana |
| NE | = | Nebraska |
| NV | = | Nevada |
| NH | = | New Hampshire |
| NJ | = | New Jersey |
| NM | = | New Mexico |
| NY | = | New York |
| NC | = | North Carolina |
| ND | = | North Dakota |
| OH | = | Ohio |
| OK | = | Oklahoma |
| OR | = | Oregon |
| PA | = | Pennsylvania |
| RI | = | Rhode Island |
| SC | = | South Carolina |
| SD | = | South Dakota |
| TN | = | Tennessee |

| TX | = | Texas |
| UT | = | Utah |
| VA | = | Virginia |
| VT | = | Vermont |
| WA | = | Washington |
| WV | = | West Virginia |
| WI | = | Wisconsin |
| WY | = | Wyoming |

**Territories**

| AS | = | America Samoa |
| FM | = | Federated States of Micronesia |
| GQ | = | Guam |
| MH | = | Marshall Islands |
| MP | = | Northern Mariana Islands |
| PW | = | Palau |
| RQ/PR | = | Puerto Rico |
| VQ/VI | = | Virgin Islands |



Michael Vigil
4990 S. Topaz Apt. 34
Las Vegas, NV. 89120
&02-435-6766

**PAGE    20 of 20**

Client T0051161

Attention: Ileana Escobar

2015 JUL 14 P 2: 25

Please Set my request for an appointment at 3:00 afternoon
My reqest is in writting as in your rule book.

I am Requesting in writing that Housing explain to me if I
still live at the same address above since Jun 1,2014 and
only received a $16.00 Cost of living increase with my
SSA and my veterans retirement pension Why was my rent
increased $56.00.

I have aletter Dated From Housing to the Owner/Agent
informing them the complex they had a 60 days before the
Aniversary Date to submit a rent increase. their request
for rent increase was denied. Letter Dated 4-27-2015

Housing increased my rent $56.00 on only an increas of the
Cost of living frivously with (only a 45 day Notice.) I need
to see arule rule book the 60 day notice Dose not apply
to the client

Further When I spoke with Illeana Escabar by phone on
July 13,2015 3:30 p.m. she said I was prohibited from
viewing my file by law.  I need to 2 documents my file
to be added to Civil Complaint to soon be files in
Federal Court.

Let me remind you respectfully Fraud is a criminal offense
representing willful false facts, Hopefully you people
will be truthful.

Have A Blessed Day

Dated: _July 14, 2015_

_Michael Vigil_

Michael Vigil

# EXHIBIT "L"

Mike Vigil In Pro Se
4990 S. Topaz # 34
Las Vegas,NV.89120
Client# Too51161
( 702 ) 435-6766

Page 1  of .  8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

NOTICE  OF TIMELY APPEAL JUDICIAL REVIEW
AND    Request To Recording Of Hearing
ACT OF LEGISLATURE.

Addressed TO:

LAURE RAPOSA
Acting 504 Coodinator
340 N. 11 th Street
Las Vegas, NV. 89101
 702-477- 3112

Administration Officer
( Law Degree ? ? )

ATT. Michele Taliaferro
     380 N. Maryland Pkwy
     Las Vegas, NV.89101
     SNRHA Representative
     (702) 477-3422

## MEMORANDUM OF POINTS AND AUTHORITIES

**Judicial Review Act.** Federal statute which sets forth scope of review of decisions of federal administrative agencies. 28 U.S.C.A. §§ 2341-2351.

**Judicial review.** Form of appeal from an administrative body to the courts for review of either the findings of fact, or of law, or of both. See also Appeal.

( DEFENDANTS INVOLVED IN CRIMINAL FRAUD.)
Section 1001 of title 18 Of Code U.S.
willful False Statements & Misrepresentation

Exploitation of the Volnerable Disabled and/or Elderly
A THEFT OF FINANCES is a CRIMINAL OFFENSE Class B FELONY

Dear Michael Vigil,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

**Entitlement.** Right to benefits, income or property
which may not be abridged without due process.

On this Date May 14,2019 10: A.M. Appeared for Arbitration Hearing  Address 340 N. 11 th Street, Las Vegas NV. 89101.

Plaintiff agreed to a Recording to the Proceedings.

When the Hearing First begin the Plaintiff Informed Arbitrator to Make Note that the Plaintiff Brought a BLACK'S LAW BOOK that

Contains refference to Federal rules and Court Cases the same LAW BOOK Plaintiff on page ( 1 ) Refference POINTS AND AUTHORITIES on this Document.  Plaintiff has Never spent one Day in any Law School and MUST Depend Heavily Case Law and Federal Law.

It is always Important to find the Right legal Remedy of Federal Law and U.S.Constitutional Law. Example Below HUD D.C. Your Rights

## YOUR RIGHTS

Judicial review: Hearing decisions shall be final and binding upon all parties.  In addition, within 10 calendar days after the date the hearing officer's report is mailed to SNRHA and the participant, SNRHA or the participant may request a rehearing or a further hearing. Such request must be made in writing and postmarked or hand-delivered to the hearing office and to the other party within the 10 calendar day period. *The request must demonstrate cause, supported by specific references to the hearing officer's report, why the request should be granted.* Laure Raposa Acting 504

Coordinator Final Decission Final  After 10 Calendar days NO APPEALS

The Plaintiff is in Pro Se and has Standing In this Action Laure Raposa Acting 504 Coordinator non Attorney has no Standing nor Jurisdiction to Rule Immediately Rejected the LAW BOOK with No interest at all ( ZERO ) Criminal Offenses are Serious OFFENSES False Statments and  Misrepresentation in A FEDERAL BUILDING.

FELONY ISSUES ARGUED AT HEARING BY PLAINTIFF

elderly/disabled allowance) - $400 (HUD one time annual deduction

When the Annual Income is Up Graded to $ 24,550 uncounted and unsuported and the Correct Income for Plaintiff is $ 13,124, the Monthly Income is $1,093 and the Higher Percentage 30%,40% 2019 44% nearly 50% of Monthly Income Plaintiff NEVER RECEIVES Allowances and  Deductions Completely Disappear, NOT 1 RED CENT ( 28 yrs.)

U.S.Congress Library Allowance-DeDuction Difinition "Take Away'

| FAMILY SIZE | | Effective | 1 |
|---|---|---|---|
| LOW (PH) | 80% | 4/1/2018 | 39,250 |
| VERY LOW | 50% | 4/1/2018 | 24,660 |

ESTIMATED UTILITY ALLOWANCES

| 0BR | 1BR | 2BR | 3BR |
|---|---|---|---|
| $90 | $110 | $130 | $200 |

a person with disabilities, the PHA must used the appropriate Notice PIH 2014-25

The Recording from the Arbitration Hearing will Support Pltf
Argument Shifting Percentages, Shifting Wording, Shifting Income
Amounts unsupported to Higher Income Amounts uncounted.
Is the Ponzi Method a Criminal. Placing Plus when Minuses for
Utility Allowances and $400 one Time Annual Deduction for the
Disabled / Elderly is Fraud a Criminal Offense by Federal LAW.

Arbitrator only Stated." You need to be Familiar with HUD
D.C. Rules". I replied the PONZI METHOD. The leading to Mr McCoy's
Sinful Racial Remarks HUD's Extermination RACE of people My
Skin Color. The Arbitrator only Replied " Mr McCoy is Retired and
not Here to Defend His side ." Arbitrator Admiting to have Read
Documents Electric Stamped 2019 MAR 21 PM 9: A.M. at 340 N.11 th
Street Las Vegas NV.89101. Pages 1 thru 23 Exhibits PUNITIVE DAMAGES

Hearing shifted to 2018 and 2019 Monthly income Amounts  SNRHA REP.
that TTP was Applied to his Monthly Income wisely not Mentioning
TTP Percentages. 30% 40% 44% that is nearly 50% of my Monthly Income
SNRHA Representative Did Not Mention Why there was a Plus Sign
and Not a Minus Sign on the Utility Allowance as Instructed by
U.S.Congress Allowance is a Deduction Take Away as I argued
Earlier in the Hearing. The Minus Sign will lower my Portion of
The Rent. A Plus Raises My Portion of the Rent. FRAUD INTENTIONAL
TO STEAL FINANCES FROM THE DISABLED / ELDERLY.

HUD Representative further did not explain Why the Top Person
Exhibit B pages 1 thru 23 on Monthly Income Portion $ 1.090.27¢
Only Pays $ 226 vs. My $1,093 Monthly Pltf' Pays $360 plus lose
of Utility Allowance $ 110. total Monthly Rent Portion $ 470.
Pltf. Argued Pltf should Have as a Disabled Veteran / Elderly
the same Rights as the Person Exhibit B to pay 21% toward %1,093.
21% X $1,093 = $229.53 U.S.CONGRESS Minus $110 UTILITY =$ 119.53¢
 $ 119.53¢ Plus $32 Amount over Paymt  Standard Rent = CORRECT PORTION
RENT For Plaintiff ( $ 151.53¢ ) Present pltf Pays $470 Monthly
Presently Pays $ 470.00 - $151.53¢= ( over Pymt. $ 328.47¢ Monthly )
 $328.47¢ X 12 Months = $3,941.64  SNRHA and Arbitrator did not
Response to My Argument from Exhibit A and B. Documents pgs.1-23
28 yrs X $ 3,941.64¢= $113,904   Civil Law GEN.RULE Double INT.FRAUD.

I,Declare All facts True and Correct Recorded Hearing, $ 227,808
DAMAGES
DATED Jun 3 2019 PLAINTIFF. _____  RESPECTFULLY SUBMITTED,

Unit address: 4990 S. Topaz Street #34, Las Vegas, NV 89120

Income: (SSB) $1025 X 12 = $12,300

Income: (Pension) $49 x 12 = $588

(No income calculated from Assets because they are less than $5,000)

Total annual income: $12,300 + $588 = $12,888

Annual income minus deductibles:

**HOAX
NO PURPOSE
NEVER REC.**

$12,888 - $400 (HUD one time annual deduction — elderly/disabled allowance)

= $12,488 (Annual adjusted income)

Adjusted income converted from annual to monthly:

= $12,488 / 12 = $1,040.67

**ESTIMATED UTILITY ALLOWANCES**

| 0BR | 1BR | 2BR | 3BR |
|------|------|------|------|
| $90 | $110 | $130 | $200 |

a person with disabilities, the PHA must used the appropriate utility allowance

Family contribution: Thirty percent of the adjusted monthly income:

$1,040.67 x 30% = $312.20 (becomes $312, rounded down)

Forty percent of the adjusted monthly income:

$1,040.67 x 40% = 416.27 (becomes $416, rounded down)

| FAMILY SIZE | | 1 |
|-------------|------|--------|
| LOW (PH) | 80% | 34,450 |
| VERY LOW | 50% | 21,550 |
| VERY LOW LOW | 40% | 17,200 |
| EXTREMELY LOW 30% | | 12,950 |

Payment standard: $843 — 1 bedroom voucher

Monthly rent: $650

**EFFECTIVE December 18, 2013**

Frequently Used Numbers ⬇ Income Limits

Utility allowance: $72

**INCOME LIMITS FOR S8 AND PH PROGRAMS**

| FAMILY SIZE | | 1 | 2 | 3 | 4 |
|-------------|------|--------|--------|--------|--------|
| LOW (PH) | 80% | 34,450 | 39,400 | 44,300 | 49,200 |
| VERY LOW | 50% | 21,550 | 24,600 | 27,700 | 30,750 |
| EXTREMELY LOW 30% | | 12,950 | 14,800 | 16,650 | 18,450 |

Heating (electric)    $14

Cooking (electric)    $8

Basic electric    $36

Air Conditioning    $14

Per HUD, the gross rent is calculated as the monthly rent, plus utilities paid by the family" $650 + $72 = $722

**Minus /máynas/. Lat. In the civil law, less; less than**

Per HUD, use the *lessor* of the payment standard or the gross rent in order to calculate the housing authority portion:

Payment standard: $843      Gross rent: $722

The applicable maximum subsidy is the lessor of the gross rent or payment standard minus the family contribution (30% of adjusted monthly income):

Gross rent = $722 - $312 = $410 (this is the housing authority portion)

To determine family share, subtract housing authority subsidy from the monthly rent:

$650 - $410 = $240

# Utility Allowance EXH A

WARNING: Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

**RENT** $ 846 Frequently Used Number

See Yellow Arrow Below
If The Top Person is Istructed by HUD to Pay 80% Of the Standard

Annual Income $39,250 Divid by 12 Months Monthly Income $ 3,270.83¢

80% Of $846 Standard Rent is $ 677.00

Equals $ 1090.27    +    $ 1090.27    ( 3 Div. into $3,270.83
Rent    $ 226.00    (1)    +    $ 226.00    $1090.27(3)=$ 3,270.83¢
                                           $ 226.00 =Rent $ 678.00

Pltf. $1,093 Total Monthly Income pays $503.(50% Monthly Income to Rent)

Supervisor HUD D.C.Claims Pltf. Disabled Vet.Free Medical Attention.

Constant T.V.Anouncements Homeless,Children,Adults Free Medical,HEALTHFAIRS OBR

Annual Income SS Benefits $12,936 Plus Annual VA Dis=$13,524 TOTAL

**elderly/disabled allowance) - $400 (HUD one time annual deduction** with disabilities the PHA must used the appropriate

Minus HUD $400 Minus $13,524 = $13,124 Div.12 Months $1,093.3

Client's Correct Rent$ 226.00 Minus $110 Utility Allowance  =   $ 116.00

Rent Client's Portion $ 116 Plus Above Stand $846.($878 Rent Increase)

Client Responsible for $ 32.00 Plus $ 116.00 =Client Total Rent $148.

## PAYMENT STANDARD FOR THE VOUCHER PROGRAM

| AGENCY | EFF.DATE | 0/BR | 1/BR | 2/BR | 3/BR | 4/BR | 5/BR | 6/BR |
|--------|----------|------|------|------|------|------|------|------|
|        | 3/1/2018 | $ 687 | $ 843 | $1,041 | $1,530 | $1,824 | $2,098 | $2,371 |
|        | 3/1/2019 | $ 687 | $ 846 | $1,048 | $1,530 | $1,837 | $2,113 | $2,388 |

## Median Income $64,800

| FAMILY SIZE | Effective | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|-------------|-----------|---|---|---|---|---|---|---|---|
| LOW (PH) 80% | 4/1/2018 | 39,250 | 44,850 | 50,450 | 56,050 | 60,550 | 65,050 | 69,550 | 74,000 |
| VERY LOW 50% | 4/1/2018 | 24,550 | 28,050 | 31,550 | 35,050 | 37,900 | 40,700 | 43,500 | 46,300 |
| EXTREMELY LOW 30% | 4/1/2018 | 14,750 | 16,850 | 20,780 | 25,100 | 29,420 | 33,740 | 38,080 | 42,380 |

INCOME LIMITS FOR HCV AND PH PROGRAMS

$ 39,250

$ 39,250

## ESTIMATED UTILITY ALLOWANCES

| | 0BR | 1BR | 2BR | 3BR |
|---|-----|-----|-----|-----|
| | $90 | $110 | $130 | $200 |

Monthly rent: $650
Utility allowance: $72

| | 2017 |
|---|------|
| Heating (electric) | $14 |
| Cooking (electric) | $8 |
| Basic electric | $36 |
| Air Conditioning | $14 |

Should be Minus

$14 family" $650 +$72 =$722

Gross rent $722

## Pltf.
Out of Pocket pays 1st.
Time to N.V. Energy Electric 100 %
bill. Pltf. Pays 2nd time When
added to Gross Rent. Pltf. Pays
3rd time when Pltf. is placed in
the FRAUD income bracket.50% Income
RENT Poverty level Rec. Food stamp
Voucher. is Whiped Out.$ 15.00
Defendants view Pltf.Inferior
Race Skin Color, Disabled,Elderly
Volnerable. Defensely. Easy Prey

## U.S.Congress Library
Allowance-DeDuction
Difinition"Take Away"

## U.S.Congress Library
Appropriate Subject to Extent.

Deduction. That which is deducted, the part taken
away, abatement; as deductions from gross income
in arriving at net income for tax purposes.
In the civil law, a portion or thing which an heir
has a right to take from the mass of the succession
before any partition takes place. Civil Code La. art.
1358.

NO DISABLE OR ELDERLY
PERSON PAYS $14 A MONTH
FOR AIR CONDITIONING OR
$14 a Month for HEATING
Has Never Rec. 1 cent 30 year

$36 File Irrefutable Evidence Client

## Rent.
Consideration paid for use or occupation of
property. In a broader sense, it is the compensation
or fee paid, usually periodically, for the use of any
property, land, buildings, equipment, etc.

MUST.SHALL.WILL   Judicial Effect Mandatory Order of Authority,
MUST.SHALL.WILL   U.S.Military Service Command of Execution An) Act

Frequently Used Numbers

Income Limits & Payment Standards



**SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY**   6 of 8
Housing Choice Voucher Department, P.O. Box 1897, Las Vegas, NV 89125-1897
Phone (702) 922-6900   FAX (702) 922-6929   TDD (702) 387-1898



## THINGS THEY SHOULD KNOW ABOUT
## THE HOUSING CHOICE VOUCHER PROGRAM

1. The voucher is issued for 60 days. Disabled participants will be issued for 90 days. Participants must find a unit to lease within the time allowed on the voucher.

2. Request for extensions must be requested in writing, PRIOR to the expiration date on the voucher. An extension will be provided as a reasonable accommodation for disabled participants and may be provided to others that can demonstrate unit search results.

3. The vouchers can be used anywhere in the United States.

4. Tenant Rent Calculation:

   a. If the gross rent for the unit is at or below the payment standard, the family pays the highest of; 30% of monthly adjusted income; 10% of monthly gross income; or the $50 rent minimum, MINUS the applicable utility allowance for tenant paid utilities.

   b. If the gross rent for the unit is above the payment standard, the family pays the highest of 30% of monthly adjusted income, 10% of monthly gross income; or the $50 minimum rent PLUS any amount over the payment standard, minus the applicable utility allowance for tenant paid utilities. **Minus  In the civil law, less;**

5. Family's Rent Burden: May not exceed 40% of the family's monthly adjusted income. This 40% cap only applies to initial lease-ups and moves to a new unit.

6. Generally, the Housing Authority does not pay for rent increases to the landlord, the participant does.

7. The lease agreement is the owner's lease form that is used for other unassisted tenants.

8. The minimum initial lease term is one year.

9. The security deposit cannot exceed one month's rent to owner

10. The unit selected must pass Housing Quality Standards (HQS) and the rent must be reasonable and comparable with other unassisted units in the area.

11. No HAP payments will be paid to the owner after the family moves. The owner and family must promptly notify the Housing Authority, in writing, if the family moves.

# *punitive damages.*   page 7 of 8

**ex·ter·mi·na'tion,**
**1. the act of exterminating or the state of being exterminated; destruction; extirpation. total expulsion**

*Exemplary or punitive damages.* Exemplary damages are damages on an increased scale, awarded to the plaintiff over and above what will barely compensate him for his property loss, where the wrong done to him was aggravated by circumstances of violence, oppression, malice, fraud, or wanton and wicked conduct on the part of the defendant; and are intended to solace the plaintiff for mental anguish, laceration of his feelings, shame, degradation, or other aggravations of the original wrong, or else to punish the defendant for his evil behavior or to make an example of him, for which reason they are also called "punitive" or 'punitory" damages or "vindictive" damages. Unlike compensatory or actual damages, punitive or exemplary damages are based upon an entirely different public policy consideration—that of punishing the defendant or of setting an example for similar wrongdoers, as above noted. In cases in which it is proved that a defendant has acted willfully, maliciously, or fraudulently, a plaintiff may be awarded exemplary damages in addition to compensatory or actual damages. Damages other than compensatory damages which may be awarded against person to punish him for outrageous conduct. Wetherbee v. United Ins. Co. of America. 18 C.A.3d 266. 95 Cal.Rptr. 678. 680.

Library of Congress Perpetration. a crime either with his own hands, or instrument written document; terminating a right.

DISCRIMINATION FILED COMPLAINT FED.HATE CRIMES Skin Color Race, AGE 74, Disabled V.A.,Religion. Coupled W/ HateCrime U.S Codes 18 & 249. ATTEMPTS TO CAUSE BODILY HARM. Preparation short of Execution. WEAPON OR FACILITIES- Operation, transaction, or course of Conduct. May Include animate Beings Such as Persons, People and groups thereof. Cheny V. Tolliver,234 Ark. 973, 356 S.W. 2d 636,638. Plaintiff will Prove.
NATIONAL INTEREST
The Formula Developed by the U.S. Government PONZI METHOD, SHIFTING WORDING, SHIFTING INCOME LIMITS, SHIFTING PERCENTAGES. PLTF. 29 yrs. ALWAYS KEPT IN A DEADLY ENVIONMENT HEAVY DRUG TRAFFICING, MURDERS,ASSULTS,BATTERIES THE DISABLED/ELDERLY EASY PREY FOR VIOLENT CRIMINALS. BRING ATT. THIS SERIOUS RACE EXTERMINATION BY THE GVT.

No Security Guard Walking Grounds, Security Camera Surveillence, Senior Citizen Complex. Defts. Harmful Actions INTENTIONAL W/ FRAUD and Dangerious Enviorment will Not Allow Pltf a Safer Enviornment with Entitlements Granted to other Members Black and White Only. Pltf. Native American Segragated as Inferior RACE from Blacks and Whites. Pltf. Remains and will always Remain in a Infested Heavy DEADLY Drug Trafficing Enviornment, Murders, Assualts,Robberies,Batteries, Death Trap Enviornment the Elderly and Disabled EASY PREY FOR CRIMINALS.

Unit address: 4990 S. Topaz Street #34, Las Vegas, NV 89120

Income: (SSB) $1025 X 12 = $12,300

Income: (Pension) $49 x 12 = $588

(No income calculated from Assets because they are less than $5,000)

Total annual income: $12,300 + $588 = $12,888

Annual income minus deductibles:

**HOAX**
**NO PURPOSE**
**NEVER REC.**

$12,888 - $400 (HUD one time annual deduction – elderly/disabled allowance)

= $12,488 (Annual adjusted income)

Adjusted income converted from annual to monthly:

= $12,488 / 12 = $1,040.67

**ESTIMATED UTILITY ALLOWANCES**

| 0BR | 1BR | 2BR | 3BR |
|-----|-----|-----|-----|
| $90 | $110 | $130 | $200 |

a person with disabilities, the PHA must used the appropriate utility allowance

Family contribution: Thirty percent of the adjusted monthly income:

$1,040.67 x 30% = $312.20 (becomes $312, rounded down)

Forty percent of the adjusted monthly income:

$1,040.67 x 40% = 416.27 (becomes $416, rounded down)

Payment standard: $843 – 1 bedroom voucher

| FAMILY SIZE | | 1 |
|-------------|------|--------|
| LOW (PH) | 80% | 34,450 |
| VERY LOW | 50% | 21,550 |
| VERY LOW LOW | 40% | 17,200 |
| EXTREMELY LOW 30% | | 12,950 |

Monthly rent: $650

Utility allowance: $72

**EFFECTIVE December 18, 2013**

**Frequently Used Numbers ⇩ Income Limits**

| Heating (electric) | $14 |
| Cooking (electric) | $8 |
| Basic electric | $36 |
| Air Conditioning | $14 |

**INCOME LIMITS FOR S8 AND PH PROGRAMS**

| FAMILY SIZE | | 1 | 2 | 3 | 4 |
|-------------|------|--------|--------|--------|--------|
| LOW (PH) | 80% | 34,450 | 39,400 | 44,300 | 49,200 |
| VERY LOW | 50% | 21,550 | 24,600 | 27,700 | 30,750 |
| EXTREMELY LOW 30% | | 12,950 | 14,800 | 16,650 | 18,450 |

Per HUD, the gross rent is calculated as the monthly rent, plus utilities paid by the family" $650 + $72 = $722

**Minus** /máynas/. Lat. In the civil law, less; less than

Per HUD, use the *lessor* of the payment standard or the gross rent in order to calculate the housing authority portion:

Payment standard: $843     Gross rent: $722

The applicable maximum subsidy is the lessor of the gross rent or payment standard minus the family contribution (30% of adjusted monthly income):

Gross rent = $722 - $312 = $410 (this is the housing authority portion)

To determine family share, subtract housing authority subsidy from the monthly rent:

$650 - $410 = $240

**MICHAEL VIGIL**
**4990 TOPAZ ST APT 34**
**LAS VEGAS NV 89120**
702-435-6766

March 26,2019    Client Declaration Pg.7

HEARING – NON BINDING FILED Timely
FOR HEARING CLIENT MIKE VIGIL T0051161

RE: Mike Vigil Request For Hearing Before Arbitration Officer

If No Remedy Case Open for Judicial Review EXHIBITS A G-H

Addressed to Case Worker for Above Client Viridiana Gonzalez

and  Hearing Officer Hearing Representative Carla M. Lea- Edwards

Page 2    ISSUES IN DISPUTE EXHIBIT A HOUSING ENTITLEMENT
V.A.Administration

Page 3    March 15,1990 Rated Totally and Permanently Disabled Exh. D
Department of Veterans Affairs File No. C 26 958 347

Page 4    Payment Standard for 1 Bedroom $846. EFF.Date March 3/1/2019
Frequently Used Income Limits  Exhibit B

Page 3    Client Request All Record be Present California Address
Meadow Green Apartments 211 San Carlos St. Apt.83  California
Village of the Pines 1350 Bucking Way Apt.2  Client Rec.$16 Monthly
Stockton Ca. 95207    Topaz Senor Apartments Apt.34 las Vegas.  Fed. Food Stamp Voucher

Page 4    Letter Dated June 4,2015  , Estmated Utility Allowances Exhibit G

Page 5    Notice PIH 2014-25 – Utility Allowance for Disabled- Elderly

Exhibit F. will Irrefutably With Exhibit A Client  Disabled
to the Present Day of Scheduled Hearing. Client Rated Totally
and Permanently Disabled Veterans Administration Has Not Rec.
( 1 ) Red Cent From Hud in 3 Decades The File Present will with
IRREFUTABLE PROOF this Issue also Denied the fair Portion Entitled.

**Dear Mr. Vigil:**                  September 11, 2015

Moreover, this cancellation has caused you to no longer need my assistance. In the future, if another situation occurs that requires the request of a hearing, please do not hesitate to contact me.

Sincerely,

Carla M. Lea-Edwards
Hearing Representative

TO THE TENANT ONLY. In the event you have a reason to dispute the above changes, you may have the right to request an informal fair hearing. At that time you may present information which may lead to a reconsideration of the determination. If you wish to request a hearing you must notify this office in writing within ten (10) working days from the date of this notice. If an informal hearing is requested within the time allowed, you will be notified of the time and location of the hearing. If you plan to introduce documents at the hearing you are require to provide copy of these documents to the PHA no later than three (3) working days prior to the date of the hearing. If you do not make such documents available for reexamination by the PHA prior to the hearing, you will not be able to rely on the documents at the hearing.

Viridiana Gonzalez    Date: 03/15/2019
Authorized Housing Representative



**Department Of Veterans Affairs**
550 Foothill Drive
PO Box 581900
Salt Lake City, UT 84158-1900

**EXHIBIT A**

October 15, 2014

MICHAEL VIGIL
4990 TOPAZ ST APT 34
LAS VEGAS NV 89120

In Reply Refer To:  341/NCC/NCF
C 26 958 347
VIGIL M

Dear Michael Vigil,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information
Your VA claim number is: 26 958 347
You are the Veteran.

## Military Information
The character(s) of discharge and service date(s) of the veteran include:
Honorable, Army, 05/21/1969-06/11/1971
(There may be additional periods of service not listed above)



DATED:   *March 19, 2019*

Respectfully Submitted,

*Mish Vigil*

Michael vigil-

page

# EXHIBIT B

**WARNING:** Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

**MUST, SHALL, WILL** — Judicial Effect Mandatory Order of Authority,
**MUST, SHALL, WILL** — U.S.Military Service Command of Execution An
Act of Completing.

See Yellow Arrow Below ↓
Income $39,250
If The Top Person is Istructed by HUD to Pay 80% of the Standard

Rent $ 846 Frequently Used Number Income Limit & Payment Standard

Annual Income $39,250 Divid by 12 Months Monthly Income $ 3,270.83¢

80% of $846 Standard Rent is $ 677.00    ( 3 Div. into $3270.83

Equals $ 1090.27  ←    $1090.27 =    $ 3,270.83¢

Rent    $ 226.00  +    $ 226.00  +    =Rent $ 678.00

Client Monthly Total Income SS Benefits $ 1,078 + $49 V.A.Dis =$1,127

Annual Income SS Benefits $12,936 Plus Annual VA Dis=$13,524 TOTAL

**elderly/disabled allowance) - $400 (HUD one time annual deduction**

Minus HUD $400 Minus $13,524 = $13,124 Div.12 Months $1,093.33 ≈

Client's Correct Rent$ 226.00 Minus $110 Utility Allowance Dis =$ 116.00

Rent Client's Portion $ 116 Plus $ 116.00 =Client Total Rent$ 148.

Client Responsible for $ 32.00 Plus $ 116.00 Plus THEFT Utility $110=$470: Nearly 50% Monthly
6/1/2019 Client Rent $360 Plus THEFT Utility $110=$470: Nearly 50% Monthly Income

| | Monthly rent $660: Utility allowance: $72 |
| --- | --- |
| Heating (electric) | $14 |
| Cooking (electric) | $8 |
| Basic electric | $36 |
| Air Conditioning | $14 |

Should be Minus

---

## Utility Allowance,

Pltf. Out of Pocket pays 1st. 100%
Time to N.V. Energy Electric
bill. Pltf. Pays 2nd time When
added to Gross Rent. Pltf. Pays
3rd time when Pltf. is placed in
the FRAUD Income bracket.50% Income
RENT Poverty level Rec. Food stamp
Voucher. Is Whiped Out. $ 13,524
Defendants view Pltf Inferior
Race Skin Color, Disabled,Elderly
Vulnerable. Defensely. Easy Prev.

**U.S.Congress Library**
**Allowance-DeDuction**
**Difinition"Take Away"**

### ESTIMATED UTILITY ALLOWANCES

| | 0BR | 1BR | 2BR | 3BR |
| --- | --- | --- | --- | --- |
| | $90 | $110 | $130 | $200 |

deduction - elderly/disabled allowance
$14 a Month for HEATING
U.S.Congress Library
Appropriate Subject to Extent.

Deduction. That which is deductible, the part taken away, abatement, as deductions from gross income in arriving at net income for tax purposes.
In the civil law, a portion or thing which as heir has a right to take from the mass of the succession before any partition takes place. Civil Code La. art. 1358.

NO DISABLE OR ELDERLY
PERSON PAYS $14 A MONTH
FOR AIR CONDITIONING OR
$14 a Month for HEATING
person with disabilities in PHA must used the appropriate

File Irrefutable Evidence Client
Has Never Rec. 1 cent 30 year!
family $650 + $72 = $722  Gross rent $722

---



| Median Income | | Eff. Date | Effective |
| --- | --- | --- | --- |

| AGENCY | EFF. RATE | 0BR | 1BR | 2BR |
| --- | --- | --- | --- | --- |
| | 3/1/2019 | $ 887 | $ 843 | $1,041 |
| | 4/1/2019 | $ 897 | $ 846 | $1,048 |

**PAYMENT STANDARD FOR THE VOUCHER PROGRAM**

| FAMILY SIZE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LOW (PH) 80% | 39,250 | 44,850 | 50,460 | 56,050 | 60,560 | 65,060 | 69,580 | 74,000 | | | | | | | | |
| VERY LOW 50% | 24,550 | 28,050 | 31,550 | 35,050 | 37,800 | 40,700 | 43,500 | 46,300 | 49,100 | 51,900 | 54,700 | 57,500 | 60,300 | 63,100 | 65,900 | 68,700 |
| EXTREMELY LOW 30% | 14,750 | 16,850 | 20,780 | 25,100 | 29,420 | 33,740 | 38,060 | 42,380 | 46,680 | 50,740 | 54,700 | 57,500 | 60,300 | 63,100 | 65,900 | 68,700 |

**INCOME LIMITS FOR HCV AND PH PROGRAMS**

| 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR |
| --- | --- | --- | --- | --- | --- | --- |
| $ 887 | $ 843 | $1,041 | $1,530 | $1,824 | $2,098 | $2,371 |
| $ 897 | $ 846 | $1,048 | $1,530 | $1,837 | $2,113 | $2,388 |

$ 39,250

← Frequently Used Numbers    ← Income Limits & Payment Standards



# SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY
## Housing Choice Voucher
### 380 North Maryland Parkway, Las Vegas, NV 89101
### Phone: 702-477-3100, Fax: 702-922-6929, TDD: 702-387-1898
### Notice of Change

MIKE VIGIL
4990 S. TOPAZ ST
34
LAS VEGAS, NV 89120

Date:    03/15/2019

**EXHIBIT C**

Dear HCV Participant Family:

The Lease between  MIKE VIGIL  (herein called the "Family"), and  BPL Maryland Pkwy Blg, LLC dba Topaz Senior Apartments  (herein called the "Owner"), and the Housing Assistance Payments Contract (herein called the "HAP") between the Owner and the Southern Nevada Regional Housing Authority (herein called the "PHA"), provide that the Family portion of the Rent to Owner and the Housing Assistance Payment are subject to change by reason of changes in (1) Family Income or composition, (2) the extent of exemptional medical expenses or other unusual expenses, (3) the allowances for Utility and other Services, or (4) any changes in the Rent to Owner.  The PHA has determined that a change has become necessary because of the following circumstances :  **Annual Reexamination**

## ANNUAL CERTIFICATION

In accordance with the provisions of the Lease, Lease Addendum, and the Housing Assistance Payment Contract, this is to notify you of the following:

## Adjustment in Payment

| | | |
|---|---|---|
| Housing Assistance Payment (HAP) to Owner | $ | 518 |
| Rent Paid by Tenant to Owner | $ | 360 |
| Total Rent to Owner | $ | 878 |
| Utility Reimbursement Payment to Tenant | $ | 0 |

## Effective Date

This change to the Housing Voucher Contract and / or Lease Agreement will be **effective from 06/01/2019**.  The next reexamination is due on 06/01/2020.

**TO THE TENANT ONLY .**  In the event you have a reason to dispute the above changes, you may have the right to request an informal fair hearing.  At that time you may present information which may lead to a reconsideration of the determination.  If you wish to request a hearing you must notify this office in writing within ten (10) working days from the date of this notice. If an informal hearing is requested within the time allowed, you will be notified of the time and location of the hearing.  If you plan to introduce documents at the hearing you are require to provide copy of these documents to the PHA no later than three (3) working days prior to the date of the hearing.  If you do not make such documents available for reexamination by the PHA prior to the hearing, you will not be able to rely on the documents at the hearing.

Viridiana Gonzalez
Authorized Housing Representative

**TO THE TENANT ONLY:**  Our agency provides reasonable accommodations to elderly or disabled applicants and participants to ensure programs and services are accessible. If you need a reasonable accommodation, please submit your request in writing to: SNRHA, P.O. Box 1897, Las Vegas, NV 89125, Attention: 504 Officer.

Southern Nevada Regional Housing Authority will not discriminate because of race, color, religion, age, national origin, disability, familial status or sexual orientation. If you feel you have a Fair Housing Complaint, please contact HUD at 1-800-669-9777 or TTY 1-800-927-9275.

Si usted no puede leer este documento por favor pida la asistencia de nuestro personal bilingüe. La Vivienda Regional del Sur de Nevada, proporciona servicios de traducción para participantes y clientes que califican. Si usted necesita esta forma en Español, por favor contacte a su asistente social.

Revised:  05/2017

**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
1301 Clay Street
Oakland CA 94612-5209

**Veterans
Administration**

EXHIBIT D

March 15, 1990

In Reply Refer To:
343/271B
C 26 958 347 ✓

Mr. Michael Vigil
Post Office Box 7061
Stockton, CA 95207

You have been recently rated permanently and totally disabled by the
Veterans Administration for your non-service connected pension claim.

You may have a National Service Life Insurance policy in force. If you
are now paying premiums and have been totally disabled six months or
more, you may be eligible for a waiver of the premiums. Please continue
to pay your premiums until the Insurance Center notifies you that the
waiver has been granted, so that your policy stays in force.

You may apply for the waiver of premiums by calling this office for
VA Form 29-357, Claim for Disability Insurance Benefits.

However, if you do not now have an active National Service Life Insurance
policy in force and you are not currently paying any premiums to the
Veterans Administration, PLEASE DISREGARD THIS LETTER.

MARTIN F. BLESKEY
Veterans Services Officer

FL 27-31 (343)

EXHIBITS   EVIDENCE   -EXAMINATION   **EXHIBIT "E"**

DEPARTMENT OF VETERANS AFFAIRS
Regional Office
1301 Clay Street
Oakland CA 94612-5209

**Veterans Administration**

March 15, 1990

In Reply Refer To:
343/29713
C 26 ░░░ 347

Mr. Michael Vigil
Post Office Box 7051
Stockton, CA 95207

~~You have been recently rated permanently and totally disabled~~ by the
Veterans Administration for your non-service connected pension claim.

You may have a National Service Life Insurance policy in force. If you
are now paying premiums and have been totally disabled six months or
more, you may be eligible for a waiver of the premiums. Please continue
to pay your premiums until the Insurance Center notifies you that the
waiver has been granted, so that your policy stays in force.

You may apply for the waiver of premiums by calling this office for
VA Form 29-357, Claim for Disability Insurance Benefits.

However, if you do not now have an active National Service Life Insurance
policy in force and you are not currently paying any premiums to the
Veterans Administration, PLEASE DISREGARD THIS LETTER.

MARTIN F. BLESKEY
Veterans Services Officer

Upper left Date March 15, 1990
Veteran's Administration Rated
Pltf. Permanently and totally
Disabled. Lacked legal Capacity
Sui Jurs 1990 thru Jun o7,2018.

below Document Dated Jun 7,2018
Only Disabled for Pltf.'s V.A.
Pension. Pltf. Presently in
Full Legal Capacity Mentally &
Physically to Proceed with ALL
Judicial Matters with the Court's
Federal Jurisdiction. JURY TRIAL.
Sui Jurs Pltf. in his own Right
Possessing full Social and Civil
Rights Not under Power of Another
Or Guardianship or legal
Disability. Attorneys Request
$ 50,000 Retainer and $800 Hourly
Fee. Pltf. Has No Choice but to
Proceed in Pro Se.

DEPARTMENT OF VETERANS AFFAIRS
Regional Office
Pension Management Center (335/21P)

JUN 07 2018
Stamp ID 136

1991 - 1994
Continued Yearly lease
MeadowGreen Apartments
211 San Carlos St.Apt.83
Stockton,CA. 95207

1994 - 2014
Continued Yearly lease
Village of the Pines
1350 Bucking Ham Way.(2)
Stockton,Ca. 95207

2014 - Present
Topaz Senor Apartments
4990 S. Topaz Apt. 34
Las Vegas.NV. 89120

28 years Suffered placed
Dangerious Deadly
Enviornment Heavy Drug
Investation and Fraud
Theft of Utility
Allowance and Other
Financial theft.
PONZI METHOD.CRIMINAL

MICHAEL VIGIL
4990 TOPAZ ST APT 34
LAS VEGAS, NV 89120

In Reply Refer To: 335.░░░
C 26 ░░░ 347
VIGIL, Michael

Dear Mr. Vigil:

We made a decision on your claim for medical expenses we received on December 9, 2017.

Every effort was made in considering your claim. This notification tells you what we decided,
how we made our decision and what evidence we used to make our decision. We have also
included information on what to do if you disagree with our decision and who to contact if you
have questions or need assistance.

According to the VA Form 21-8416 we received, Medicaid is covering for your medical
expenses and you have no out of pocket expenses. Therefore no amendment has been made to
your disability pension and you will continue to receive $49.00 per month.

**What We Decided**

We have not amended your award.

We enclosed a VA Form 21-8768, "Disability Pension Award Attachment" which explains
important factors concerning your benefits.

**How Did We Make Our Decision?**

We have not amended your disability pension benefits because you did not report any medical
expenses on your VA Form 21-8416.

**Evidence Used to Decide Your Claim**

In making our decision, we used the following evidence:

- VA Form 21-8416 received on December 9, 2017



**DEPARTMENT OF VETERANS AFFAIRS**
316
ATLANTA REGIONAL LOAN CENTER
ATTN: COE (262)
P.O. BOX 100034
DECATUR, GA 30031

EXHIBIT "F"

June 22, 2015

In Reply Refer To:
COE/ 6●●●229
VIGIL , MICHAEL

MICHAEL VIGIL
4990 S TOPAZ ST
APT 34
LAS VEGAS , NV 89120

Dear Michael Vigil,

Enclosed is the requested Certificate of Eligibility. 

Sincerely,

*Al S.*

Al S.
LOAN SPECIALIST

<u>FIRST TIME HOMEBUYER</u>
<u>DECLARATION OF MIKE VIGIL</u> 

   My name is Mike Vigil and I am Over the Age of 18 years Old

and in legal Capicity to Testify to this Declaration In any Court

of law.  My Address and land phone Numer appear on Page one.

Mid-March 2015 I received a phone call from Steve McCoy HUD

Homeownership Coordinator from Souther Nevada Regional Housing

Authority. Mr. McCoy Asked If I was interested in Buying a Home

Thru HUD Asistance to Attend a Home Buyers Orientation March 31,

2015 at the Address 340 N. 11 th. Street Suite 100 Las Vegas

at 1 P.M.   I attended the Orientation afterwards Mr McCoy took

Me  to His Office and Prepaired a file for Me.  Mr. McCoy Stated.

"If everything goes Well You will be in Your First Home In 6

Months."   I informed Mr McCoy I am a Disabled Veteran with High

Rated Credit Score and will Apply for My Certificate Of Eligibility,

I further Informed Mr. McCoy with a Veterans Disability
Pension I will receive a Low Interest Rate, No Closing Cost, 30
year Mimortage term.  Also Informed Mr. McCoy that the Area I
Presently Reside at 4990 S. Topaz A Senor Citizen Complex is a
Very Danerous for the Disabled and Elderly Just Down the Street
Early Morning (2) People were shot and Killed at a Bus Stop
Eastern and Topicana.   The Disabled and Elderly are Easy Prey
for Violence in a Drug Infested Area.   Mr. McCoy Stated." In
Henderson Homes are Still at Fair Market Value you should Easily
find a Home there with HUD Standard Assistance $ 843 Monthly
Payment Plus the $110 Utility Allowance for the Disabled and Elder
and Presently there is Not No Waiting List like I Said you can be
in your First New Home In 6 Months." "Mr. McCoy handed Me a List
Of Lenders and Agents that work with HUD See Exhibits  H
I was Informed by the Lenders and Agents I Qualified for a HOME
In the Range $ 185,ooo and They welcomed the V.A. Certificate
Openly Because the V.A. Certificate Gurantees the Loan will be
paid Off in it's Entire Amount.  After a Number of other Visits
with Mr. McCoy I was Delighted and Saw an Opportunity to Own My
First Home In a Much Safer Envionment for the Aging and Disabled.
   On Jun 4,2015 I appeared at Mr. McCoy's Office Office and He
Handed Me a Document Dated Jun,2015 Exhibit      Mr. McCoy Stated
that Latrice Stone Supervisor of the Finance Payment Department
and He decided to Reduce My Assistance Standard Monthly Subsidy
From $ 843 to $464 a difference of $ 400 a Month and No Utility
Allowance for th ageing and Disabled. Further the Only Property
I qualified for was 4990 S. Topaz St,Las Vegas,Nv 89120.
On November 30,2018 this Property Sold For $ 6,290,000 EXHIBIT I .

I, Said there Must be a Mistake from what you first informed
Me about buying a Home in Henderson with the Standard Assistance
Monthly $ 843 and entitlement $ 110   for Utility Allowance.
When I seen Mr. McCoy and Begin Laughing uncontrolably and said.
" Those entitlements are reserved for white and black People only,
HUD keeps your skin Color in the MostDangerous Neigborhoods as a
Sophisticated Strategy to Exterminate Your Skin Color." as He
Continued to Laugh.  I reminded Him that Property 4990 S. Topaz
St. is a Senor Resident Complex and is Impossible for Me to Buy.
Mr. McCoy Stated." Latrice Stone and I are aware and have
Knowledge of that.'   I finally realized March, April,May and
Jun appointments was just a  HOAX.  I poped Out of my Seat and
Exited the door way and there to my left was a fat black woman
no less than 300 lbs ease droping as a witness If I decided to
confront Mr. McCoy physically He would Have a Witness to Expell
Me from the Housing Entitlements I was Entitled to by the Letter
Dated October 15,2014.        ( Below )

U.S.Congress Library-Entitlements May Not be Abriged .
Or Reduced with Out Due Process.

Dear Michael Vigil,                October 15, 2014        In Reply Refer To: #41█████/NCF
(VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or
local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or
reduced state park annual memberships, or any other program or entitlement in which verification of
VA benefits is required. Please safeguard this important document.

ESTIMATED UTILITY ALLOWANCES
Petitioner Has Not Rec.
One Red Cent Of Utility | 1BR |
Allowance  24 Years  | $110 |
     288 Months
Only one Person With Disabilities ( singular Pronoun ) PHA Must ✓
( Must Judicial Effect Mandatory.)Must use the appropriate utility
  Allowance. Pltf. rated Permanently and Totally Disabled,unemployable.
Department Of Veterans March 15,1990.HUD PIH 2014-25,

AS FOLLOWS
Exploitation of the Vulnerable Disabled and/or Elderly
a THEFT of finances is a Criminal Offense Class B
felony.  If the VICTIM is an Elder Person or Disabled
Person- Jury Instruction 14.9 is a Felony.

DISCRIMINATION FILED
COMPLAINT FED.HATE CRIMES
Skin Color Race, AGE 74,
Disabled V.A.,Religion.
Coupled W/ HateCrime U.S
Codes 18 & 249. ATTEMPTS
TO CAUSE BODILY HARM.
Preparation short of
Execution. WEAPON OR
FACILITIES- Operation,
transaction, or course
of Conduct. May Include
animate Beings Such as
Persons, People and
groups thereof. Cheny V.
Tolliver,234 Ark. 973,
356 S.W. 2d 636,638.
Plaintiff will Prove.

NATIONAL INTEREST
The Formula Developed by
the U.S. Government PONZI
METHOD, SHIFTING WORDING,
SHIFTING INCOME LIMITS,
SHIFTING PERCENTAGES.
PLTF. 29 yrs. ALWAYS KEPT
IN A DEADLY ENVIORNMENT
HEAVY DRUG TRAICING,
MURDERS,ASSULTS,BATTERIES
THE DISABLED/ELDERLY EASY
PREY FOR VIOLENT CRIMINALS.
BRING ATT.THIS SERIOUS RACE
EXTERMINATION BY THE GVT.

Camera

For the Documents Attached and Declaration Submitted,

Client  Is Entitled to Due Process Hearing

before an Arbitrator.

Respectfully Submitted,

Dated: *March 27, 2019*      *Mike Vigil*

Mike Vigil



EXHIBIT "G"

## SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY
Housing Choice Voucher Department, P.O. Box 1897, Las Vegas, NV 89195-1897
Phone (702) 922-6900   FAX (702) 922-6929   TDD (702) 387-1898



## HOUSING ASSISTANCE PAYMENT LETTER

June 4, 2015



Borrower Name: Michael Vigil

# HOAX



Property Address: 4990 S. Topaz  St. Las Vegas, NV 89120

I hereby certify that the above identified borrower has been approved to receive a monthly homeownership subsidy under the Southern Nevada Regional Housing Authority's (SNRHA) Housing Choice Voucher (Section 8) Program.

The monthly subsidy is *estimated to be* $ 464. per month for a period of  6/1/2015 – 5/31/2016 or; (beginning the first date of the month the mortgage is due).  This client is eligible for a  1   bedroom (or larger) home based on her family size.

The family will continue to receive the Housing Choice Voucher (HCV) homeownership subsidy for up to 15 years for Family Self Sufficiency participants or 30 years for disabled and/or elderly voucher holders.  The Housing Assistance Payment (HAP) is based on HCV eligibility which is determined annually.  If the family's income decreases, the subsidy may increase to accommodate the decrease in income within the limits of the maximum payment standard.  If the family's income increases, the subsidy will decrease and adjust annually.

Additionally, based on the SNRHA calculations, this family can pay no more than $307 toward her monthly mortgage payment.  If the client's portion of the monthly mortgage payment is larger than the maximum amount listed, the mortgage will be considered unaffordable at this time by the Department of Housing and Urban Development regulations.

For this reason, the monthly mortgage payment should not exceed $ 843.00

The mortgage payment must also include property taxes, insurance, and HOA dues.

If you have any further questions regarding the HAP, please contact me at 702-922-7052.


Senta Robinson
Special Programs Supervisor


### PAYMENT STANDARD FOR THE VOUCHER PROGRAM

| 0/BR | 1/BR | 2/BR | 3/BR | 4/BR |
|------|------|------|------|------|
| $776 | $843. | $1,038 | $1,530 | $1,816 |

### ESTIMATED UTILITY ALLOWANCES for calculation purposes only:

| 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|-----|-----|-----|-----|-----|-----|-----|
| $90 | $110 | $130 | $200 | $250 | $300 | $330 |

*Exh H*

*NO Waiting List Stated 12-23 To Me by Mr Steve McCoy*

# SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY
## U. S. Department of HUD_Approved Pre-Purchase Housing Counseling

DOWN PAYMENT ....

**E/RESIDENTIAL LENDERS/REALTORS** *Include $110 UtiLity Allowar*

*$ 943.00*



**Steve McCoy**
Homeownership Coordinator
Southern Nevada Regional Housing Authority
340 N. 11th Street, Suite 100
Las Vegas, NV 89101 – smccoy@snvrha.org
702-922-6977

*"Many hands...one purpose"*

| dential Mortgage Lenders | Real Estate Agents |
|---|---|
| **Wells Fargo Home** Mortgage (702)368-5756 | Karen Smith/King Realty Group (702)300-8274 |
| *Phone Cell 702 477 702 7 Marsh 74 222-0417* | Leistra R. Henson, C.D.P.E. (702) 204-1330 |
| gage Connie Bowman, Consultant (702)498-6869 | Marcus Fitzgerald Century 21 Advantage Gold (702)214-1400 |
| radley Mortgage Capital 702) 942-6171 | Cezial Garnett II Prudential Americana Group (702)275-9000 |
| een Home Loans *$445* 59-4346 *W Russell* | Gary W. Jensen Rock Realty Group (702) 203-7344 |
| rn Fidelity Mortgage 30-6737 | Zsuzsanna Reinhard Silver Canyon Realty (702) 443-3682 |
| t Mortgage (702) 492- | Martha Almanza Desert Vision Realty (702) 374-8390 |
| ortgage Ashley Bauer, ge Specialist (702)373- 1-0515 *701 N. Vally Green Park* | R. Jerome Johnson Keller Williams Southwest Realty (702)581-5113 |
| *2TS* | +Martin Reyna, Century 21 Advantage Gold (702) 296-6983 |
| | |
| | |
| | |
| | |



imortgage ~121 W. Russell Rd., Suite 210
Las Vegas, Nevada 89148

702 322 0417
702 322 0410
401 533 0894
855 636 7585
mary.marsh@imortgage.com

**Mary Marsh**
LOAN SPECIALIST
NMLS NO.



**Century 21**
MARTINEZ & ASSOCIATES

404J S. Eastern Ave. Ste 100
Las Vegas, Nevada 89119
Mobile 702.286.1966
Fax 702.596.4692
sayogarcia@gmail.com
www.lasvegasluxuryliving.com

Sayo Garcia




**MARCELA ZUMARAN**
Home Mortgage Consultant
Union Plus Mortgage Specialist

**Wells Fargo Home Mortgage**
10655 PARK RUN DRIVE
SUITE 240
LAS VEGAS, NV 89144
Tel: 702 240 1406
Fax: 866 702 7124
Cell: 702 720 9247
Marcela.Zumaran@wellsfargo.com
www.wfhm.com/marcela-zumaran
NMLSR ID: 1088478

*4/20/2015*

# CLARK COUNTY ASSESSOR'S OFFICE
## Parcel Information

EXHIBIT "I"

**Parcel Number :** 162-25-102-008

## General Information

| | | | |
|---|---|---|---|
| **Owner :** | B P L MARYLAND PARKWAY BUILDING L L C LIM BENEDICTO PE & LOURDES PE LIVING TRUST | **Location Address :** | 4990 TOPAZ ST PARADISE  |
| | | **Sct/Twn/Rng :** | 25/21/61 |
| **Mailing Address :** | 6551 ANNIE OAKLEY DR HENDERSON, NV 89014 | **Vesting :** | No Status |
| **Assessor Desc :** | PT NE4 NW4 SEC 25 21 61 | **Abatement :** | OTHER - 4.2 % |
| **Document No :** | 20181130:00002643 | **Details :** | |
| **Rec. Date :** | 11/30/2018 | | |

## Assessment Information & Value Excluded From Partial Abatement

| | | | | | |
|---|---|---|---|---|---|
| **Fiscal Year :** | 2019-20 | **Tax District :** | 470 | **Supp. Improvement Value :** | |
| **Incremental Land :** | 0 | **Incremental Improvements :** | 6,243 | | |

### Real Property Assessed Value

| Fiscal Year : | 2018-19 | 2019-20 |
|---|---|---|
| Land : | 231,000 | 252,000 |
| Improvements : | 560,096 | 562,448 |
| Personal Property : | | |
| Exempt : | | |
| 2019-20 Exempt Type: | | |
| Gross Assd : | 791,096 | 814,448 |
| Tax Land + Imprv : | 2,280,274 | 2,326,994 |
| Com.Element.Assd : | | |
| Total Assessed : | 791,096 | 814,448 |
| Total Taxable : | 2,280,275 | 2,326,994 |

### Estimated Lot Size & Appraisal Info.

| | |
|---|---|
| **Org. Const. Year :** | 1983 |
| **Estimated Size :** | 2.14 acres |
| **Last Sale Price :** | $8,290,000 |
| **Sales Type :** | F - Foreclosure |
| **Month / Year :** | 11/2018 |
| **Dwelling Units :** | 60 |
| **Land Use :** | MFR 5+ Units Low Rise Apartments (1-3 story) |

## Structure Details

### Structure - 1

| | | | | | |
|---|---|---|---|---|---|
| **Total Living SqFt. :** | 45,852 | **Casita SqFt. :** | | **Addn/Conv.SqFt. :** | |
| **1st Floor SqFt. :** | | **Carport :** | | **Pool :** | |
| **2nd Floor SqFt. :** | | **Stories :** | | **Spa :** | |
| **3rd Floor SqFt. :** | | **Bedrooms :** | | **Const. Type :** | |
| **Unfinished Basement SqFt. :** | 0 | **Full Bathrooms :** | | **Roof Type :** | |
| **Finished Basement SqFt. :** | 0 | **Half Bathrooms :** | | **Eff. Const. Year :** | 1983 |
| **Basement Garage SqFt. :** | 0 | **Fire Place :** | | | |
| **Total Garage SqFt. :** | #Error | | | | |

EXHIBIT "J"

# Your Credit Score and the Price You Pay for Credit

**Lender**
Wells Fargo Bank, N.A.
2701 Wells Fargo Way
Minneapolis, MN 55467-8000

**Borrower**
Mike Vigil
4990 TOPAZ ST
Apt 34
LAS VEGAS, NV 89120

**Date**
May 18, 2015

**Loan Number**
XXXX6684

## Your Credit Score

**Your Credit Score**   720   **Date:** May 18, 2015
**Source:** Equifax

## Understanding Your Credit Score

| | |
|---|---|
| **What you should know about Credit Scores** | Your *"Credit Score"* is a number that reflects the information in your Credit Report. |
| | Your *"Credit Report"* is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your Credit Score can change, depending on how your credit history changes. |
| **How we use your Credit Score** | Your Credit Score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 334 to a high of 818. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |

HCFG-00047
Credit Score Disclosure - H3
VMP®
Wolters Kluwer Financial Services © 2010

2015051815 1.0 3112-J20150123Y

03/11
Page 1 of 4



| | |
|---|---|
| From: | Deloris Sawyer |
| Sent: | Wednesday, July 29, 2015 11:30 PM |
| To: | Brenda Fonseca |
| Cc: | Geraldine Johnson; Dwayne Alexander; Tracey Torrence; LaTrece Coleman-Stone |
| Subject: | Re: Signed document RI Vigil, Michael_signed.pdf attached |

Please be advised that this appears to be a client going through possible homeownership counseling working with Steve.  His complains appears to be about homeownership payments.

One concern that I have is why are forms still being used with Senta name in 2015.  As everyone is aware she is no longer in the FSS department and it appears that all these forms, referrals and meetings have taken place since January 2015.

We can look into the system and file tomorrow to determine if this is a current HCVP client but further response to this complaint will need to be referred back to Tracey and Latrice.  It appears that most of these documents are altered.

Once Geraldine has a chance to confirm if this is a HCVP participant and to review his file, she will forward a summary of his current status, to include current verified income, housing assistance payment amount and URP, if any.

Anything related to homeownership is not in the HCVP file and it "appears" that this is his complaint.  That will have to be addressed by the supportive services department.

Geraldine, please copy all with your HCV data as mentioned above.  Mr. Alexander please advise if additional information is required from me or my staff after receiving Geraldine response.  Thanks

Sent from my iPad

On Jul 29, 2015, at 10:42 PM, Brenda Fonseca <bfonseca@snvrha.org> wrote:

Geraldine, please look into this tomorrow, and provide a response by 8-5-15.



Thank You,
**Brenda R. Fonseca**
Deputy Director of Housing Programs
SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY
(702) 922-6958
Fax (702) 922-6968
bfonseca@snvrha.org

# Authorization for the Release of Information/ Privacy Act Notice

to the U.S. Department of Housing and Urban Development (HUD)
and the Housing Agency/Authority (HA)

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

OMB CONTROL NUMBER: 2501-0014
exp. 1/31/2014

| PHA requesting release of information; (Cross out space if none) (Full address, name of contact person, and date) | IHA requesting release of information: (Cross out space if none) (Full address, name of contact person, and date) |
|---|---|
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY PO BOX 1897 LAS VEGAS, NV 89125-1897 | |

**Authority:** Section 904 of the Stewart B. McKinney Homeless Assistance Act of 1988, as amended by Section 903 of the Housing and Community Development Act of 1992 and Section 3003 of the Omnibus Budget Reconciliation Act of 1993. This law is found at 42 U.S.C. 3544.

This law requires that you sign a consent form authorizing: (1) HUD and the Housing Agency/Authority (HA) to request verification of salary and wages from current or previous employers; (2) HUD and the HA to request wage and unemployment compensation claim information from the state agency responsible for keeping that information; (3) HUD to request certain tax return information from the U.S. Social Security Administration and the U.S. Internal Revenue Service. The law also requires independent verification of income information. Therefore, HUD or the HA may request information from financial institutions to verify your eligibility and level of benefits.

**Purpose:** In signing this consent form, you are authorizing HUD and the above-named HA to request income information from the sources listed on the form. HUD and the HA need this information to verify your household's income, in order to ensure that you are eligible for assisted housing benefits and that these benefits are set at the correct level. HUD and the HA may participate in computer matching programs with these sources in order to verify your eligibility and level of benefits.

**Uses of Information to be Obtained:** HUD is required to protect the income information it obtains in accordance with the Privacy Act of 1974. 5 U.S.C. 552a. HUD may disclose information (other than tax return information) for certain routine uses, such as to other government agencies for law enforcement purposes, to Federal agencies for employment suitability purposes and to HAs for the purpose of determining housing assistance. The HA is also required to protect the income information it obtains in accordance with any applicable State privacy law. HUD and HA employees may be subject to penalties for unauthorized disclosures or improper uses of the income information that is obtained based on the consent form. **Private owners may not request or receive information authorized by this form.**

**Who Must Sign the Consent Form:** Each member of your household who is 18 years of age or older must sign the consent form. Additional signatures must be obtained from new adult members joining the household or whenever members of the household become 18 years of age.

Persons who apply for or receive assistance under the following programs are required to sign this consent form:

PHA-owned rental public housing

Turnkey III Homeownership Opportunities

Mutual Help Homeownership Opportunity

Section 23 and 19(c) leased housing

Section 23 Housing Assistance Payments

HA-owned rental Indian housing

Section 8 Rental Certificate

Section 8 Rental Voucher

Section 8 Moderate Rehabilitation

**Failure to Sign Consent Form:** Your failure to sign the consent form may result in the denial of eligibility or termination of assisted housing benefits, or both. Denial of eligibility or termination of benefits is subject to the HA's grievance procedures and Section 8 informal hearing procedures.

**Sources of Information To Be Obtained**

State Wage Information Collection Agencies. (This consent is limited to wages and unemployment compensation I have received during period(s) within the last 5 years when I have received assisted housing benefits.)

U.S. Social Security Administration (HUD only) (This consent is limited to the wage and self employment income and payments of retirement income as referenced at Section 6103(I)(7)(A) of the Internal Revenue Code.)

U.S. Internal Revenue Service (HUD only) (This consent is limited to unearned income [i.e., interest and dividends].)

Information may also be obtained directly from: (a) current and former employers concerning salary and wages and (b) financial institutions concerning unearned income (i.e., interest and dividends). I understand that income information obtained from these sources will be used to verify information that I provide in determining eligibility for assisted housing programs and the level of benefits. Therefore, this consent form only authorizes release directly from employers and financial institutions of information regarding any period(s) within the last 5 years when I have received assisted housing benefits.

| Original is retained by the requesting organization. | ref. Handbooks 7420.7, 7420.8, & 7465.1 | form HUD-9886 (7/94) |
|---|---|---|

## States

AL = Alabama

AK = Alaska

AZ = Arizona

AR = Arkansas

CA = California

CO = Colorado

CT = Connecticut

DE = Delaware

DC = District of Columbia

FL = Florida

GA = Georgia

HI = Hawaii

ID = Idaho

IL = Illinois

IN = Indiana

IA = Iowa

KS = Kansas

KY = Kentucky

LA = Louisiana

ME = Maine

MD = Maryland

MA = Massachusetts

MI = Michigan

MN = Minnesota

MS = Mississippi

MO = Missouri

MT = Montana

NE = Nebraska

NV = Nevada

NH = New Hampshire

NJ = New Jersey

NM = New Mexico

NY = New York

NC = North Carolina

ND = North Dakota

OH = Ohio

OK = Oklahoma

OR = Oregon

PA = Pennsylvania

RI = Rhode Island

SC = South Carolina

SD = South Dakota

TN = Tennessee

TX = Texas

UT = Utah

VA = Virginia

VT = Vermont

WA = Washington

WV = West Virginia

WI = Wisconsin

WY = Wyoming

## Territories

AS = America Samoa

FM = Federated States of Micronesia

GQ = Guam

MH = Marshall Islands

MP = Northern Mariana Islands

PW = Palau

RQ/PR = Puerto Rico

VQ/VI = Virgin Islands

PERMANENT RECORD SAN JOAQUIN DELTA COLLEGE   STOCKTON, CALIFORNIA

DEPARTMENT NAME & NO. 33907

VIGIL   MICHAEL
1700 S EL DORADO
STOCKTON   CA   95206   HS CONER IN CALIFORNIA

**EXHIBIT "N"**

Page 18 of 23

| COURSE DESCRIPTION | GRADE | UNITS ATTEMPTED | UNITS COMPLETED | GRADE PTS. SEMESTER / CUM. | G P A SEMESTER / CUM. |
|---|---|---|---|---|---|
| *GRADE CHANGED BY INSTRUCTOR | | | SPRING 79 | SPRING 79 | |
| ENG 1B   WRITTEN COMM 2 | | 3.0 | 3.0 | 3.0 | 1.90 |
| REVISED CUMULATIVE TOTALS | | 65.5 | 74.5 | 125.0 | |
| VIGIL   MICHAEL | | 56286817 | LOCK FALL 79 | LOCK FALL 79 | |
| A-AUT10ABODY & FENDER 1 | B | 3.00 | 3.00 | 6.00 | |
| BUS 40 RS-MARRIAGE FAMILY | C | 3.00 | 3.00 | 9.00 | |
| BUS 30 RE ESTATE PRIN | C | 3.00 | 3.00 | 6.00 | |
| RA-CON94ROOFING 3 | CU | 3.00 | 3.00 | 4.00 | |
| VO-ED80VAPPRENTICE | R(C) | (2.0) | (2.0) | (4.0) | |
| SEMESTER TOTALS | CR | 12.00 | 14.5 | 29.0 | 2.41 |
| CUMULATIVE TOTALS | | 77.5 | 88.5 | 154.0 | 1.98 |
| VIGIL   MICHAEL | | 56286817 | LOCK SPRING 80 | LOCK SPRING 80 | |
| VO-CON94BROOFING NO 4 | | | | | |
| RA-CON96ROOFING WORK EXP | A | 2.00 | 2.00 | 8.00 | 1.60 |
| INDUS71A   MASONRY | B | 5.00 | | 11.00 | 1.75 |
| SEMESTER TOTALS | | | | | |
| CUMULATIVE TOTAL | | | 14.0 | 140.0 | |
| VIGIL   MICHAEL | | 56286817 | ALL FALL 77 | ALL FALL 77 | |
| RA-CON92AROOFING 1 | C | 3.00 | 3.00 | 6.00 | |
| SPCH 01AFUND OF SPEECH | D | 3.00 | 3.00 | 3.00 | |
| SOSC 01AGONST OF SUPERV A | D | 3.00 | 3.00 | 3.00 | |
| PSYCH 01GEN PSYCHOLOGY | C | 3.00 | 3.00 | 3.00 | |
| BUS 23 ADVERTISING | C | 3.00 | 3.00 | 3.00 | |
| A-CON93AROOFING 2 | C | 3.00 | 3.00 | 3.00 | |
| RA-CON93AROOFING 2 | C | | | | |
| SEMESTER TOTALS | | 18.00 | | 34.00 | 2.00 |
| CUMULATIVE TOTALS | | 26.5 | | 50.0 | 1.92 |
| VIGIL   MICHAEL | | 56286817 | ALL SPRING 78 | ALL SPRING 78 | |
| RA-CON92AROOFING 1 | R(C) | (2.0) | | | |
| SOCSC 3CRIG OF POVERTY | C | 3.00 | | 6.00 | |
| MATH 72REV VW OF ARITH | B | 3.00 | | 9.00 | |
| DRAMA 35FILM MAKING #2 | B | 3.00 | | 9.00 | |
| BUS 22SALESMANSHIP | CR | 3.00 | | | |
| VO-ED80VAPPRENTICE | | 3.00 | 2.00 | 9.00 | |
| SEMESTER TOTALS | | 13.00 | | 29.00 | 2.23 |
| CUMULATIVE TOTALS | | 39.00 | 46 | 79.0 | 2.02 |
| VIGIL   MICHAEL | | 56256817 | ALL FALL 78 | ALL FALL 78 | |
| ENG 01AWRITTEN COMM 1 | D | 3.00 | 3.00 | 6.00 | |
| POLSC 01A&P GOVERNMENT | C | 3.00 | 3.00 | 3.00 | |
| A-BUS 60SELF DEFENSE | B | 1.00 | 1.00 | 3.00 | |
| BUS 60BALL BUS MANAGMN | C | 3.00 | 3.00 | 6.00 | |
| VO-ED80VAPPRENTICE | R(C) | (2.0) | (2.0) | (4.0) | |
| RA-CON94AROOFING 3 | CR | 3.00 | | | |
| SEMESTER TOTALS | | 12.00 | 25.0 | 25.0 | 2.16 |
| CUMULATIVE TOTALS | | 51.5 | 106.0 | 106.0 | 2.05 |
| VIGIL   MICHAEL | | 56256817 | LOCK SPRING 79 | LOCK SPRING 79 | |
| PHILO06BINTRO TO PHILOS | D | 3.00 | 3.00 | 3.00 | |
| ENG 01BWRITTEN COMM 2 | *E | | | | |
| BUS 10AVOC ACCOUNTING | C | | | | |
| H EC 33CONSUMER NUTR | CR | | | | |
| RA-CON94AROOFING 3 | R(C) | (2.0) | (4.0) | (4.0) | |
| SEMESTER TOTALS | | 12.00 | | 16.00 | 1.45 |
| CUMULATIVE TOTALS | | 62.5 | 12.51 | 122.0 | 1.95 |

Colleges Attended _____

Transfer credit accepted _____ Units
_____ Units
_____ Units

Credit for Mil. Service-Schools _____ Units

College Requirements Satisfied:

- S. Const. History, Institutions
- alifornia Const. State, Local Gov't
- nglish
- ygiene and First Aid
- ysical Education

60 Units Req'd for Associate in Arts Degree

Length of Semester ___ 18 Weeks

GRADUATED A.A. DEGREE ☐ ☐ ☐

**GRADING SYMBOLS INSTITUTED FALL 1980**

| | | |
|---|---|---|
| A Excellent | 4 | |
| B Above Average | 3 | |
| C Average/Satisfactory | 2 | NC No-Credit |
| D Passing/Less Than | 1 | I In Progress |
| Satisfactory | | RD Report Delayed |
| F Failing | 0 | CE Credit by Examination |
| I Incomplete | | W Withdrawal |

ACTIVITIES

EMORANDA

ANSCRIPTS SENT SDCJC SEP 18/19/72   Honorable Dismissal

DATE _____   Registrar

NOT AN OFFICIAL TRANSCRIPT WITHOUT
SIGNATURE AND OFFICIAL COLLEGE SEAL

**Outstanding** = Distinguished Separated from Others by Superior or Extraordinary in Service.



# Certificate of Military Service

**FOR HONORABLE SERVICE IN THE**

**UNITED STATES ARMED FORCES**

**AND FOR OUTSTANDING SERVICE AND LOYALTY**

**TO THE UNITED STATES OF AMERICA**

**THIS CERTIFIES THAT**

# MICHAEL VIGIL

**HAS MET THE STRICT REQUIREMENTS**

**SET FORTH BY THE**

**CONGRESS OF THE UNITED STATES**

**FOR MEMBERSHIP IN THE AMERICAN LEGION.**

*July 4, 2007*

*Michael Vigil*

*[signature]*
NATIONAL ADJUTANT

DECLARATION IN LIEU OF DEPOSITION

## MILITARY SERVICE AND PROTECTOR OF THE UNITED STATES    EXHIBIT "P"

I, Declare under the Penalty of Perjury All Facts
are Correct and True In this Declaration by DEFENDANT

The Highest Expression in Protecting the United States

Constitution are those Americans that Serve in the Military Armed

Forces.  Petitioner Serving Over Seas During the Viet-Nam Era

1969 - 71  2nd 41st. Artillary Badkissagin, Eourope training for Combat.

When the Petitioner's life and the lives of 5 fellow Soldiers

was on the Balance of <u>DEATH</u> on a Manever by Night there were 4

Soldiers in back of a supply Truck PfC McGee, PFC Cortez, PFC Tobak,

PfC Vigil and in front Cab Driver E-4 Barras, Passenger Side E-6.

Before We left our last Possition the inside door lock Broke

the Decission was made to use the Outside door lock so we had no

Exit Escape.  While on the Move PfC Cortez decided to have a

Cigarett one tank had asmall leak and a second tank was near,

both tanks were filled with Butane plus the gas tank below the

truck was filled with Gas.  When the Tank near Cortez with the

small leak a large Flam shot Straight UP 8 feet and Cortez shouted

" I can't See I can't See ."  PFC McGee and PFC Tobak In Panic

I seen on their Eyes and Face Kept saying " It's going to Blow UP"

They Attempted to Break Open the Door Locked from the Outside and

I Decided to throw around Duffle Bags and Supplies and Quickly

Found the Fire Extinguisher large in size and pulled the pen

and begin to spray the entire Area untill the Flame Disappeared.

Afterwards Calm and quietness took Control took over the

Enclosure.  When we reached our Destination and begin to unload

the truck Mcgee said," Mike was the only one that did not Panic

and Saved Our Lives or there would be Nothing but Body parts to

pick up."  There is nothing More Rewarding than your Fellow

Soldiers to Respect you and Shack your hand for saving their Lives.
The Flame only Glazed Cortez's Eyes after a Few Hours His Eye Sight
Became Normal. <u>Every WAR is a Poor man's WAR,</u>
Rich People Stay Home and watch the War on the Big Screen for <u>ENTERTAINMENT</u>,

Date: March 27 2019

MIKE VIGIL    Declarant

EXHIBIT "Q"

**Exhibit R**

## The 504/ADA Coordinator

The 504/ADA Coordinator is the person the SNRHA has designated as responsible for ensuring that the SNRHA complies with Federal, state and local laws that protect the rights of people with disabilities and makes sure the SNRHA meets its obligations set forth in these laws.

## What is a disability?

disability, for the purpose of being eligible for a reasonable accommodation or structural modification, is any physical or mental impairment that substantially limits one or more major life activities. If you have more questions, for the complete definition, see the definition page within this brochure.

physical or mental impairment includes, but is not limited to, such diseases and conditions as orthopedic, visual, peech, and hearing impairments, cerebral palsy, autism, epilepsy, muscular dystrophy, multiple sclerosis, cancer, eart-disease, diabetes, Human immunodeficiency Virus infection, AIDS, mental retardation, mental illness and motional illness.

I understand I have the right to ... is calculated using the minimum rent of $50.00. To request thi ... that qualifies my family for an ... hardship and will review all re ...

To qualify for a hardship exce ... criteria:

1. Lost eligibility or is awa ...

2. Family would be evicte ...

3. Family income has de ... employment, death in ...

Based on SNRHA's determir ...

1. **Family Qualifies**: If the SNRHA determines there is a qualifying long the SNRHA shall not charge the family the minimum rent. The SNRHA will reimburse the family for any minimum rent charges due.

2. **Family Qualifies as Temporary Hardship**: If the SNR ... the minimum rent will not be charged for a period up ... request. At the end of the temporary suspension per ... RETROACTIVELY to the time of suspension.

3. **Family Does Not Qualify**: If the SNRHA determines ... statute, the SNRHA will charge the minimum rent, in ... the time of suspension.

Signature _Mike Viel_

---

**This form to be used for SNRHA purposes only.**

WARNING: Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

Our agency provides reasonable accommodations to elderly or disabled applicants and participants to ensure programs and services are accessible. If you need a reasonable accommodation, please

**JURY INSTRUCTIONS Plaintiff Number ( 1 ) EXHIBIT "R"**
Case 2:15-cv-01738-APG-CWH Document

Choice Benefits: The formula was developed by the Housing and Urban Development ("HUD") of
the U.S. Government. **felony. If the VICTIM is an Elder Person or Disabled
Person- Jury Instruction 14.9 is a Felony.**

*Appendix I – Federal Standard State and Territory Codes* Form HUD-50058 Instruction Booklet

|  |  |  |  |
|---|---|---|---|
| **States** | MA = Massachusetts | TX = Texas | PA = Pennsylvania |
|  |  |  | RI = Rhode Island |
| AL = Alabama | MI = Michigan | UT = Utah | SC = South Carolina |
| AK = Alaska | MN = Minnesota | VA = Virginia | SD = South Dakota |
| AZ = Arizona | MS = Mississippi | VT = Vermont | TN = Tennessee |
| AR = Arkansas | MO = Missouri | WA = Washington | KS = Kansas |
| CA = California | MT = Montana | WV = West Virginia | KY = Kentucky |
| CO = Colorado | NE = Nebraska | WI = Wisconsin | LA = Louisiana |
| CT = Connecticut | NV = Nevada | WY = Wyoming | ME = Maine |
| DE = Delaware | NH = New Hampshire | **Territories** | MD = Maryland |
| DC = District of Columbia | NJ = New Jersey | AS = America Samoa |  |
| FL = Florida | NM = New Mexico | FM = Federated States of Micronesia |  |
| GA = Georgia | NY = New York | GQ = Guam |  |
| HI = Hawaii | NC = North Carolina | MH = Marshall Islands |  |
| ID = Idaho | ND = North Dakota | MP = Northern Mariana Islands |  |
| IL = Illinois | OH = Ohio | PW = Palau |  |
| IN = Indiana | OK = Oklahoma | RQ/PR = Puerto Rico |  |
| IA = Iowa | OR = Oregon | VQ/VI = Virgin Islands |  |

WWW. Punitive Damages Aganist The U.S. Government . Com

Punitive Damages Standard Act American Legisture Establishes a Standard

For Liability for PUNITIVE Damages, raises the Burden of Proof to

CLEAR and CONVINCING    Library of Congress Perpetration
a crime either with his own hands,
or instrument written document;
terminating a right.

42 U.S. Code § 1981a Damages In Cases Of INTENTIONAL https/www.law.
Cornell.edu/ U.S.Code/text/42/198/a – Damages in Cases of... A
Complaining Party May Recover Damages under this Section aganist
A GOVERNMENT. NO Ceiling on Punitive Damages

CONSTITUTIONAL TORTS- A wrong Perpetrated by the Government through
an(Employee)    Claims Intentional Harmful Actions Gvt. Officials.
Defts. Harmful Actions ÌNTENTIAL

Pltf. Remains and will always Remain in a Infested Heavy DEADLY
Drug Trafficing Enviorment, Murders, Assaults, Robberies, Batteries,
Death Trap Enviorment the Elderly and Disabled EASY PREY FOR CRIMINALS.
Letter Veterans Administration Dated Oct.15 2014 Disabled Veterans Housing.
Entitlements.

Policy consideration—that of punishing the defendant or of setting an example for similar
wrongdoers, as above noted. Alover Distrib., Inc. v. Kroger Co., C.A.Ill.,
513 F.2d 1137, 1140; Pletz v. Christian Herald Ass'n,

Case 2:19-cv-00948-RFB-DJA   Document 1   Filed 06/04/19   Page 66 of 79



### Faith In Jesus

When all hope seems to drift away
And your problems double by the day

Remember your faith in Jesus
His teachings will lead the way

Thy word is truth - John 17:17

Miguel Vigil

Disabled American Veteran

Mike Vigil In Pro Se
4990 S. Topaz # 34
Las Vegas,NV.89120
Client# Too51161
( 702 ) 435-6766

Page 1   of   9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

NOTICE   OF TIMELY APPEAL JUDICIAL REVIEW
AND   Request To Recording Of Hearing
ACT OF LEGISLATURE.

Addressed TO:

LAURE RAPOSA
Acting 504 Coodinator
340 N. 11 th Street
Las Vegas, NV. 89101
 702-477- 3112

Administration Officer
( Law Degree ? ? )

ATT. Michele Taliaferro
380 N. Maryland Pkwy
Las Vegas, NV. 89101
SNRHA Representative
(702) 477-3422

## MEMORANDUM OF POINTS AND AUTHORITIES

**Judicial Review Act.** Federal statute which sets forth
scope of review of decisions of federal administrative
agencies. 28 U.S.C.A. §§ 2341-2351.

**Judicial review.** Form of appeal from an administrative
body to the courts for review of either the findings of
fact, or of law, or of both. See also Appeal.

( DEFENDANTS INVOLVED IN CRIMINAL FRAUD. )
Section 1001 of title 18 Of Code U.S.
willful False Statements & Misrepresentation

Exploitation of the Volnerable Disabled and/or Elderly
A THEFT OF FINANCES is a CRIMINAL OFFENSE Class B FELONY

Dear Michael Vigil,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs
(VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or
local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or
reduced state park annual memberships, or any other program or entitlement in which verification of
VA benefits is required. Please safeguard this important document. This letter is considered an official
record of your VA entitlement.

Entitlement. Right to benefits, income or property
which may not be abridged without due process.

On this Date May 14,2019 10: A.M. Appeared for Arbitration
Hearing  Address 340 N. 11 th Street, Las Vegas NV. 89101.

Plaintiff agreed to a Recording to the Proceedings.

When the Hearing First begin the Plaintiff Informed Arbitrator to
Make Note that the Plaintiff Brought a BLACK'S LAW BOOK that

Contains refference to Federal rules and Court Cases the same
LAW BOOK Plaintiff on page ( 1 ) Refference POINTS AND AUTHORITIES
on this Document.  Plaintiff has Never spent one Day in any Law
School and MUST Depend Heavily Case Law and Federal Law.

It is always Important to find the Right legal Remedy of Federal
Law and U.S.Constitutional Law. Example Below HUD D.C. Your Rights

## YOUR RIGHTS

**Judicial review**: Hearing decisions shall be final and binding upon all parties.  In addition,
within 10 calendar days after the date the hearing officer's report is mailed to SNRHA and
the participant, SNRHA or the participant may request a rehearing or a further hearing.
Such request must be made in writing and postmarked or hand-delivered to the hearing
office and to the other party within the 10 calendar day period. *The request must
demonstrate cause, supported by specific references to the hearing officer's
report, why the request should be granted.* Laure Raposa Acting 504

Coordinator Final Decission Final  After 10 Calendar days NO APPEALS

    The Plaintiff is in Pro Se and has Standing In this Action
Laure Raposa Acting 504 Coordinator non Attorney has no Standing
nor Jurisdiction to Rule Immediately Rejected the LAW BOOK with
No interest at all ( ZERO ) Criminal Offenses are Serious OFFENSES
False Statments and  Misrepresentation in  A FEDERAL BUILDING.

        FELONY ISSUES ARGUED AT HEARING BY PLAINTIFF

elderly/disabled allowance) - $400 (HUD one time annual deduction

When the Annual Income is Up Graded to $ 24,550 uncounted and
unsuported and the Correct Income for Plaintiff is $ 13,124, the
Monthly Income is $1,093 and the Higher Percentage 30%,40%
2019 44% nearly 50% of Monthly Income Plaintiff NEVER RECEIVES
Allowances and  Deductions Completely Disappear. NOT 1 RED CENT ( 28 yrs.)

U.S.Congress Library
Allowance-DeDuction
Difinition"Take Away'

| FAMILY SIZE | | Effective | 1 |
|---|---|---|---|
| LOW (PH) | 80% | 4/1/2018 | 39,260 |
| VERY LOW | 50% | 4/1/2018 | 24,660 |

**ESTIMATED UTILITY ALLOWANCES**

| 0BR | 1BR | 2BR | 3BR |
|---|---|---|---|
| $90 | $110 | $130 | $200 |

a person with disabilities, the PHA must
used the appropriate Notice PIH 2014-25

The Recording from the Arbitration Hearing will Support Pltf Argument Shifting Percentages, Shifting Wording, Shifting Income Amounts unsupported to Higher Income Amounts uncounted.

Is the Ponzi Method a Criminal. Placing Plus when Minuses for Utility Allowances and $400 one Time Annual Deduction for the Disabled / Elderly is Fraud, a Criminal Offense by Federal LAW.

Arbitrator only Stated." You need to be Familiar with HUD D.C. Rules"! I replied the PONZI METHOD. The leading to Mr McCoy's Sinful Racial Remarks HUD's Extermination RACE of people My Skin Color. The Arbitrator only Replied " Mr McCoy is Retired and not Here to Defend His side ." Arbitrator Admiting to have Read Documents Electric Stamped 2019 MAR 21 PM 9: A.M. at 340 N.11 th Street Las Vegas NV.89101. Pages 1 thru 23 Exhibits PUNITIVE DAMAGES.

Hearing shifted to 2018 and 2019 Monthly income Amounts  SNRHA REP. that TTP was Applied to his Monthly Income wisely not Mentioning TTP Percentages. 30% 40% 44% that is nearly 50% of my Monthly Income SNRHA Representative Did Not Mention Why there was a Plus Sign and Not a Minus Sign on the Utility Allowance as Instructed by U.S.Congress Allowance is a Deduction Take Away as I argued Earlier in the Hearing.  The Minus Sign will lower my Portion of The Rent. A Plus Raises My Portion of the Rent. FRAUD INTENTIONAL TO STEAL FINANCES FROM THE DISABLED / ELDERLY.

HUD Representative further did not explain Why the Top Person Exhibit B pages 1 thru 23 on Monthly Income Portion $ 1.090.27¢ Only Pays $ 226 vs. My $1,093 Monthly Pltf' Pays $360 plus lose of Utility Allowance $ 110. total Monthly Rent Portion $ 470. Pltf. Argued Pltf should Have as a Disabled Veteran / Elderly the same Rights as the Person Exhibit B to pay 21% toward %1,093. 21% X $1,093 = $229.53. U.S.CONGRESS Minus $110 UTILITY =$ 119.53¢  $ 119.53¢ Plus $32 Amount over Paymt  Standard Rent = CORRECT PORTION RENT For Plaintiff ( $ 151.53¢ ) Present pltf Pays $470 Monthly Presently Pays $ 470.00 - $151.53¢= ( over Pymt. $ 328.47¢ Monthly ) $328.47¢ X 12 Months = $3,941.64. SNRHA and Arbitrator did not Response to My Argument from Exhibit A and B. Documents pgs.1-23 28 yrs X $ 3,941.64¢ = $113,904   Civil Law GEN.RULE Double INT.FRAUD.

I,Declare All facts True and Correct Recorded Hearing. $ 227,808
                                                                     DAMAGES
DATED Jun 3 2019   PLAINTIFF. _____  RESPECTFULLY SUBMITTED,

Head of Household: Michael Vigil    ID# T0051161    Date:  8/6/2015      4  of  9

Unit address: 4990 S. Topaz Street #34, Las Vegas, NV 89120

Income: (SSB)  $1025 X 12 = $12,300

Income: (Pension)  $49 x 12 = $588

(No income calculated from Assets because they are less than $5,000)

Total annual income: $12,300 + $588 = $12,888

Annual income minus deductibles:

HOAX
NO PURPOSE
NEVER REC.

$12,888 - $400 (HUD one time annual deduction -- elderly/disabled allowance)

= $12,488 (Annual adjusted income)

Adjusted income converted from annual to monthly:

### ESTIMATED UTILITY ALLOWANCES

| 0BR | 1BR | 2BR | 3BR |
|-----|-----|-----|-----|
| $90 | $110 | $130 | $200 |

a person with disabilities, the PHA must
used the appropriate utility allowance

= $12,488 / 12 = $1,040.67

Family contribution:  Thirty percent of the adjusted monthly income:

$1,040.67 x 30% = $312.20 (becomes $312, rounded down)

| FAMILY SIZE | | 1 |
|---|---|---|
| RENT LOW (PH) | 80% | 34,450 |
| VERY LOW | 50% | 21,550 |
| VERY LOW LOW | 40% | 17,200 |
| EXTREMELY LOW | 30% | 12,950 |

Forty percent of the adjusted monthly income:

$1,040.67 x 40% = 416.27 (becomes $416, rounded down)

Payment standard:  $843 -- 1 bedroom voucher

Monthly rent:  $650

### EFFECTIVE December 18, 2013

Frequently Used Numbers    Income Limits

Utility allowance:  $72

### INCOME LIMITS FOR S8 AND PH PROGRAMS

| FAMILY SIZE | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| RENT LOW (PH) | 80% | 34,450 | 39,400 | 44,300 | 49,200 |
| VERY LOW | 50% | 21,550 | 24,600 | 27,700 | 30,750 |
| EXTREMELY LOW | 30% | 12,950 | 14,800 | 16,650 | 18,450 |

Heating (electric)  $14

Cooking (electric)  $8

Basic electric  $36

Air Conditioning  $14

Per HUD, the gross rent is calculated as the monthly rent, plus utilities paid by the family"  $650 + $72 = $722

**Minus** /máynəs/.  Lat.  In the civil law, less;  less than.

Per HUD, use the *lessor* of the payment standard or the gross rent in order to calculate the housing authority portion:

Payment standard: $843          Gross rent: $722

The applicable maximum subsidy is the lessor of the gross rent or payment standard minus the family contribution (30% of adjusted monthly income):

Gross rent = $722 - $312 = $410 (this is the housing authority portion)

To determine family share, subtract housing authority subsidy from the monthly rent:

$650 - $410 = $240

WARNING: Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make wilful false statements or misrepresentations to any department or Agency of the United States as to any matter within its jurisdiction.

**Utility Allowance XH**

↑ Frequently Used Numbers ↑

**MUST_SHALL_WILL** Judicial Effect Mandatory Order of Authority.

See Yellow Arrow Below
If The Top Person Is Instructed by HUD to **Pay 80%** Of the Standard.

**RENT $ 846** Frequently Used Number

Annual Income $39,250 Divid by 12 Months

80% Of $846 Standard Rent is $ 677.00

Equals $ 1090.27
Rent $ 226.00 (1) $ 1090.27 +

$ 226.00 +

Pltf. $1,093 Total Monthly Income pays $503. (50% Monthly Income to Rent)

Supervisor HUD D.C.Claims Pltf. Disabled Vet.Free Medical Attention.
Constant T.V.Anouncements Homeless,Children,Adults Free Medical HEALTH FAIRS OBR

Annual Income SS Benefits $12,936 Plus Annual VA Dis=$13,524 TOTAL

**elderly/disabled allowance)−$400 (HUD one time annual deduction**

Client's Correct Rent$ 226.00 Minus $110 Utility Allowance =

Client Responsible for $ 32.00 Plus $ 116.00 =Client Total Rent $148.
Rent Client's Portion $ 116 Plus Above Stand $846.($878 Rent Increase)

Minus HUD $400 Minus $13,524 − $13,124 Div.12 Months $1,093.33¢

**2017**

Pltf. Out Of Pocket pays 1st.
time to N.V. Energy Electric $100 bill. Pltf. Pays 2nd time When added to Gross Rent. Pltf. Pays 3rd time when Pltf. is placed in RENT Poverty level Rec. Food stamp Voucher. Is Whiped Out.$ 15.00 Defendants view Pltf.Inferior Race Skin Color, Disabled,Elderly Vulnerable. Defensly. Easy Prey.

**U.S.Congress Library**
**U.S.Congress-DeDuction"Take Away"**
**Difinition"Take Away"**

ESTIMATED UTILITY ALLOWANCES

| | 0BR | 1BR | 2BR | 3BR |
|---|---|---|---|---|
| Heating (electric) | $90 | $110 | $130 | $200 |

| | | |
|---|---|---|
| Monthly rent:$650 Utility allowance: $72 | | |
| Heating (electric) | $14 | |
| Cooking (electric) | $8 | |
| Basic electric | $36 | File Irrefutable Evidence Clie |
| Air Conditioning | $14 | Has Never Rec. 1 cent 30 year |
| | | family $650+$72=$722 Gross rent $722 |
| Should be Minus− | | |

**U.S.Congress Library**

Rent.Consideration paid for use or occupation of property. In a broader sense, it is the compensation or fee paid, usually periodically, for the use of any property, land, buildings, equipment, etc.

Definition. That which is deducted, the part taken away; abatement, as deductions from gross income.
In arriving at a net income for tax purposes.
In the civil law, a portion or thing which an heir has a right to take from the mass of the succession before any partition takes place. Civil Code La. art 1358.

**PERSON PAYS $14 A MONTH FOR AIR CONDITIONING OR**
**NO DISABLE OR ELDERLY**
**$14 a Month for HEATING**

deduction—elderly/disabled allowance) Decrease.
U.S.Congress Library the LPHA must used the appropriate
Appropriate subject to Extent.

**PAYMENT STANDARD FOR THE VOUCHER PROGRAM**

| AGENCY | EFF. DATE | 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|---|---|---|---|---|---|---|---|---|
| | 3/1/2018 | $ 897 | $ 843 | $1,041 | $1,530 | $1,824 | $2,098 | $2,371 |

**INCOME LIMITS FOR HCV AND PH PROGRAMS**

| Median Income $64,600 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **FAMILY SIZE** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| LOW (FMR) 80% | 4/1/2018 39,250 | 44,850 | 50,450 | 56,050 | 60,550 | 65,050 | 69,550 | 74,000 |
| VERY LOW 50% | 4/1/2018 24,660 | 28,050 | 31,550 | 35,050 | 37,900 | 40,700 | 43,500 | 46,300 |
| EXTREMELY LOW 30% | 4/1/2018 14,750 | 16,850 | 20,780 | 25,100 | 29,420 | 33,740 | 38,060 | 42,380 |

$39,250

↑ Income Limits & Payment Standards ↑



**SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY**   6 of   9
Housing Choice Voucher Department, P.O. Box 1897, Las Vegas, NV 89125-1897
Phone (702) 922-6900   FAX (702) 922-6929   TDD (702) 387-1898



# THINGS THEY SHOULD KNOW ABOUT
# THE HOUSING CHOICE VOUCHER PROGRAM

1. The voucher is issued for 60 days. Disabled participants will be issued for 90 days. Participants must find a unit to lease within the time allowed on the voucher.

2. Request for extensions must be requested in writing, PRIOR to the expiration date on the voucher. An extension will be provided as a reasonable accommodation for disabled participants and may be provided to others that can demonstrate unit search results.

3. The vouchers can be used anywhere in the United States.

4. Tenant Rent Calculation:

   a. If the gross rent for the unit is at or below the payment standard, the family pays the highest of; 30% of monthly adjusted income; 10% of monthly gross income; or the $50 rent minimum, MINUS the applicable utility allowance for tenant paid utilities.

   b. If the gross rent for the unit is above the payment standard, the family pays the highest of 30% of monthly adjusted income, 10% of monthly gross income; or the $50 minimum rent PLUS any amount over the payment standard, minus the applicable utility allowance for tenant paid utilities.

   U.S. Congress Library
   Minus in the civil law, less;

5. Family's Rent Burden: May not exceed 40% of the family's monthly adjusted income. This 40% cap only applies to initial lease-ups and moves to a new unit.

6. Generally, the Housing Authority does not pay for rent increases to the landlord, the participant does.

7. The lease agreement is the owner's lease form that is used for other unassisted tenants.

8. The minimum initial lease term is one year.

9. The security deposit cannot exceed one month's rent to owner.

10. The unit selected must pass Housing Quality Standards (HQS) and the rent must be reasonable and comparable with other unassisted units in the area.

11. No HAP payments will be paid to the owner after the family moves. The owner and family must promptly notify the Housing Authority, in writing, if the family moves.

# punitive damages.

page 7 of 9

**ex·ter·mi·na'tion.**

**1. the act of exterminating or the state of being exterminated: destruction: extirpation: total expulsion**

*Exemplary or punitive damages.* Exemplary damages are damages on an increased scale, awarded to the plaintiff over and above what will barely compensate him for his property loss, where the wrong done to him was aggravated by circumstances of violence, oppression, malice, fraud, or wanton and wicked conduct on the part of the defendant, and are intended to solace the plaintiff for mental anguish, laceration of his feelings, shame, degradation, or other aggravations of the original wrong, or else to punish the defendant for his evil behavior or to make an example of him, for which reason they are also called "punitive" or "punitory" damages or "vindictive" damages. Unlike compensatory or actual damages, punitive or exemplary damages are based upon an entirely different public policy consideration—that of punishing the defendant or of setting an example for similar wrong-doers, as above noted. In cases in which it is proved that a defendant has acted willfully, maliciously, or fraudulently, a plaintiff may be awarded exemplary damages in addition to compensatory or actual damages. Damages other than compensatory damages which may be awarded against person to punish him for outrageous conduct. Wetherbee v. United Ins. Co. of America. 18 C.A.3d 266. 95 Cal.Rptr. 678. 680.

**Library of Congress** Perpetration. a crime either with his own hands, or instrument written document; terminating a right.

DISCRIMINATION FILED COMPLAINT FED. HATE CRIMES Skin Color Race, AGE 74, Disabled V.A., Religion. Coupled W/ HateCrime U.S Codes 18 & 249. ATTEMPTS TO CAUSE BODILY HARM Preparation short of Execution. WEAPON OR FACILITIES- Operation, transaction, or course of Conduct. May Include animate Beings Such as Persons, People and groups thereof. Cheny V. Tolliver, 234 Ark. 973, 356 S.W. 2d 636,638. Plaintiff will Prove.

NATIONAL INTEREST
The Formula Developed by the U.S. Government PONZI METHOD, SHIFTING WORDING, SHIFTING INCOME LIMITS, SHIFTING PERCENTAGES. PLTF. 29 yrs. ALWAYS KEPT IN A DEADLY ENVIORNMENT HEAVY DRUG TRAFFICING, MURDERS, ASSULTS, BATTERIES THE DISABLED/ELDERLY EASY PREY FOR VIOLENT CRIMINALS. BRING ATT. THIS SERIOUS RACI EXTERMINATION BY THE GVT.

No Security Guard Walking Grounds, Security Camera Surveillance, Senior Citizen Complex. Defts. Harmful Actions INTENTIONAL W/ FRAUD and Dangerious Enviornment will Not Allow Pltf a Safer Enviornment with Entitlements Granted to other Members Black and White Only. Pltf. Native American Segragated as Inferior RACE from Blacks and Whites. Pltf. Remains and will always Remain in a Infested Heavy DEADLY Drug Trafficing Enviornment, Murders, Assualts, Robberies, Batteries, Death Trap Enviornment the Elderly and Disabled EASY PREY FOR CRIMINALS.



Exhibit

LOVE IN

My prayer to feel thy love
A prayer to feel thy grace

Open my heart to share Thee lord
In this world so sinful that I face

Michael Vigil

Blessed are the pure in Heart ~ Matthew 5:8
For they shall see   GOD

Disabled American Veterans
Page 9 of 9                    Read Stamped

MICHAEL VIGIL                                    Sent to Arbitrator
4990 TOPAZ ST APT 34          March 26,2019     Page 1 Of 23
LAS VEGAS NV 89120                        Client Declaration Pg.7
   702-435-6766       HEARING — NON BINDING FILED Timely
                      FOR HEARING CLIENT MIKE VIGIL T0051161
   RE: Mike Vigil Request For Hearing Before Arbitration Officer

   If No Remedy Case Open for Judicial Review EXHIBITS A -U

Addressed to Case Worker for Above Client Viridiana Gonzalez

and Hearing Officer Hearing Representative Carla M. Lea- Edwards

                                    V.A.Administration
Page 2      ISSUES IN DISPUTE EXHIBIT A HOUSING ENTITLEMENT

Page 3    March 15,1990 Rated Totally and Permanently Disabled Exh. D
          Department of Veterans Affairs File No. C 26 958 347

Page 4    Payment Standard for 1 Bedroom $846. EFF.Date March 3/1/2019
                Frequently Used Income Limits    Exhibit B

Page 3    Client Request All Record be Present California Address
          Meadow Green Apartments 211 San Carlos St. Apt.83  California
          Village of the Pines 1350 Bucking Way Apt.2 Client Rec.$16 Monthly
          Stockton Ca. 95207    Topaz Senor Apartments Apt.34 las Vegas.

Page 4    Letter Dated June 4,2015  , Estmated Utility Allowances Exhibit G

Page 5    Notice PIH 2014-25 - Utility Allowance for Disabled- Elderly

          Exhibit F. will Irrefutably With Exhibit A Client  Disabled
          to the Present Day of Scheduled Hearing. Client Rated Totally
          and Permanentally Disabled Veterans Administration Has Not Rec.
          ( 1 ) Red Cent From Hud in 3 Decades The File Present will with
          IRREFUTABLE PROOF this Issue also Denied the fair Portion Entitled.

Dear Mr. Vigil:
                                    September 11, 2015 ✓

Moreover, this cancellation has caused you to no longer need my assistance. In the
future, if another situation occurs that requires the request of a hearing, please do
not hesitate to contact me.

Sincerely,

Carla M. Lea-Edwards
Hearing Representative

TO THE TENANT ONLY. In the event you have a reason to dispute the above changes, you may have the right to request
an informal fair hearing. At that time you may present information which may lead to a reconsideration of the determination. If
you wish to request a hearing you must notify this office in writing within ten (10) working days from the date of this notice.
If an informal hearing is requested within the time allowed, you will be notified of the time and location of the hearing. If you
plan to introduce documents at the hearing, you are require to provide copy of these documents to the PHA no later than three
(3) working days prior to the date of the hearing. If you do not make such documents available for reexamination by the PHA
prior to the hearing, you will not be able to rely on the documents at the hearing.

Viridiana Gonzalez        Date:   03/15/2019 ✓
Authorized Housing Representative

**Southern Nevada Regional Housing Authority**
P. O. Box 1897 Las Vegas, NV 89125 Phone - (702) 477-3100  TTY - (702) 387-1898

May 28, 2019

#510710 / t0051161

Mike Vigil
4990 S. Topaz #34
Las Vegas, NV 89120



Rec't
FL (TE)
"#th

neopost
05/30/2019
US POSTAGE $001.60⁰

ZIP 89101
041M12251038

Re:     Informal Hearing

Hearing Date and Time:        May 14, 2019 @ 10:00 a.m.

Place of Hearing:    **340 N. 11ᵗʰ Street**
                     **Las Vegas, NV 89101**

**In Attendance:**    **Laure Raposa – Hearing Officer**
                      **Michele Taliaferro – HCV Supervisor**
                      **Mike Vigil - HCV Participant**

**Intended Action:**   The Southern Nevada Regional Housing Authority has taken no
                       adverse action regarding Mike Vigil's Housing Choice Voucher
                       Section 8 eligibility and participation.  Mr. Vigil requested an Informal
                       Hearing after having two (2) rent review meetings with HCV staff.

**Decision:**          **Intended action is [ ] Upheld [ ] Overturned [X] Dismissed**

Laure Raposa, Hearing Officer conducted an Informal Hearing on May 14, 2019, pursuant to
the provisions of 24 CFR 982.555 and the Southern Nevada Regional Housing Authority's
Section 8 Administrative Plan (hereinafter SNRHA Plan), Chapter 14-III.C., Informal
Hearings for Participants, pp 14-11. Mike Vigil was present representing himself and Michele
Taliaferro appeared on behalf of the Housing Authority.

**Procedural History:**  On April 29, 2019 Mr. Mike Vigil notified the Southern Nevada
Regional Housing Authority of his request for an Informal Hearing, stating the reasons as 1.
Rent request review; 2.Utility review; 3.400 elderly + disabled review; 4.Elderly and
Disabled. Laure Raposa, Hearing Officer did not make or approve the decision under review
and is not a subordinate of such person.  On May 6, 2019, the Hearing Officer gave Mike
Vigil reasonable written notice of the Informal hearing.

Laure Raposa, Hearing Officer conducted an Informal Hearing on the date indicated above, in
compliance with the SNRHA's Section 8 Housing Choice Voucher Administrative Plan and
24 CFR 982.555.

**Case:** Mr. Mike Vigil disagrees with the rent calculation method used by Southern Nevada
Regional Housing Authority in determining his portion of rent.

**Summary:**  On May 14, 2019, the Southern Nevada Regional Housing Authority conducted
an Informal Hearing on behalf of Mike Vigil.

## Southern Nevada Regional Housing Authority

P. O. Box 1897 Las Vegas, NV 89125 Phone - (702) 477-3100  TTY - (702) 387-1898

Mr. Mike Vigil was present and testified that he wanted to cover the Utility Allowance first. Mr. Vigil stated that he came here on June 4, 2014; the same month he entered the Housing Choice Voucher program. Mr. Vigil then presented a Black's Law Dictionary and state that this book proves that everything he is saying is the truth. Mr. Vigil went on to explain that in the beginning his income was $1,008.00, but then the Housing Authority added the $48.00 a month from the V.A. so that it's $1,056.00 and then subtract the one-time $400.00 for elderly/disabled and it comes close to $1,000.00. Mr. Vigil then stated that they are putting in 30% for Mike Vigil at $304.00 a month and then at 40% it's $402.00 a month. Mr. Vigil explained that the issue is that on the standard rent of $843.00 they add $100.00 and make it gross rent.

When asked where Mr. Vigil arrived at these figures, he stated that this is from when he first came into the program, but that it happens every year.

Mr. Vigil went on to say that when you add $110.00 it makes it gross rent. When he pays his utilities, he pays out of pocket 100% of his utility allowance. Mr. Vigil then read the definition of rent from the dictionary and stated that he is giving NV Energy $100.00 for his bill and they add it to gross rent and charge him another 30-40%; so when he gets his bill he is paying 140% of that bill because they are adding it as gross rent and that is fraud. Mr. Vigil says that the Housing Authority is using the Ponzi method because they are using percentages and changing the wording and then changing the income level or the rent.

Mr. Vigil's second issue is that when he mailed this thing in (referring to a cut and pasted document from multiple sources) to this lady Carla Lea-Edwards, hearing representative, your office got one but it was never return to him. Mr. Vigil further testified that this is for 2019 and it says that HUD chooses to use 80% of standard rent, $846.00 for frequently used income of $39,000.00 and his income is only about $10,000.00 and some change or about $11,000.00. Divided by twelve, 80% is $677.00 and to him they apply 30-40% to his income. Mr. Vigil says he asked Ms. Yenchek why he doesn't pay 80% of his rent. He went on to explain to Ms. Yenchek that if his monthly income is $3,270.00 divided by twelve his rent would be about $2,400.00. To which she responded that he is under another program.

When asked by the Hearing Officer who Mr. Vigil was referring to as "he", he stated "this guy" pointing to an income limit on the income limit chart.

Mr. Vigil then asked what about "this guy"? If he pays 50% of his income.

The Hearing Officer explained to Mr. Vigil that what he was referring to was income limits and how they work to determine eligibility for the different programs at 30%, 50%, and 80% of area median income and explained that the income limit does not determine his rent; it determines eligibility for the program.

Mr. Vigil continued to insist that the fictitious persons he was referring to were paying the income limit percentages as their rent and asked why these people were not paying 30-40% of rent.

The hearing officer again explained that the chart was an income limit chart and what it is used for.

Mr. Vigil still believes that he is paying 30% to 40% percent of his income and the loss of his utility allowance while the fictitious person is paying a different percentage and insists he is correct in his interpretation of the chart. When asked again where he got these figures of what "these people" are paying, Mr. Vigil says that he just figured these amounts out. Mr. Vigil had an assortment of cut and pasted information from unidentified sources and again stated that he was not being paid the utility allowance. Mr. Vigil then read the definition of allowance from the law dictionary.

### Southern Nevada Regional Housing Authority
P. O. Box 1897 Las Vegas, NV 89125 Phone - (702) 477-3100  TTY - (702) 387-1898

Mr. Vigil asked if Mr. McCoy was still with the agency and stated that Mr. McCoy had sent him to several people to get a credit check and the real estate lady told him he could get a house with his VA certificate after which Mr. McCoy and Mrs. Stone decided that they would just set him aside. Mr. Vigil stated that he had documents of annual reexamination and again went back to the 30% percent of income for rent. He then read the rent calculation method from another document and again stated that the housing authority is using the Ponzi method. Mr. Vigil states that he has all of the paperwork that Mr. McCoy gave him to go get from the real estate people. He talked to the banks and everything. When he got his certificate from the VA they were all happy to see it because the VA guarantees the lone; and then Mr. McCoy pulled the rug out from under him and told him he would be exterminated. He claims Mr. McCoy made many mistakes and took a lot of medication; his dates would be off by a couple of weeks.

Ms. Taliaferro explained that the housing authority does not subsidize utilities and that Mr. Vigil would only have been eligible for a one bedroom voucher but is in a two bedroom unit. Ms. Taliaferro also advised that the payment standard for a one bedroom is actually $846.00 not $843.00.

Mr. Vigil stated that you get the standard rent and add the utility allowance to make it rent and the law book basically tells you it has to be property, equipment, and things like that. Mr. Vigil feels the Housing Authority is shifting things around to get more money out of the disabled.

Mr. Vigil states that these are the three issues he has; the issue with Mr. McCoy, the Utility allowance, and the rent calculation method.

Ms. Taliaferro provided a copy of the rent calculation summary and explained that Mr. Vigil only pays for electric and the apartment complex pays the gas and water.
Ms. Taliaferro testified that she did Mr. Vigil's first rent review and explained to him the income, payment standards , and his TTP showing  last year compared to this year. Based on HUD regulation the HA is not responsible for paying anything above the payment standard so if the landlord asks for a rent increase, as his landlord did, the participant pays not only the 30% but the difference between the payment standard and the what the new rent is. The total rent does not include utilities. We did take in account the utilities that Mr. Vigil is responsible to pay. It is not based on his actual bills but on a utility allowance that the Housing Authority uses and based on what the family is actually responsible to pay. Ms. Taliaferro states that she did give Mr. Vigil a sheet with the complete breakdown as well as a copy to the hearing officer. Ms. Taliaferro feels that Mr. Vigil just does not understand the breakdown. Mr. Taliaferro again stated that the Housing Authority does not subsidize utilities. He was given credit for the utilities that he is responsible to pay.

Ms. Taliaferro noted that Mr. Vigil's annual household income, before any deductions or allowances, increased by $348.00; Mr. Vigil is in a two (2) bedroom unit and is only eligible for a one (1) bedroom unit. We call that over housed; which in many cases is why a lot of landlords ask for rent increases because they are entitled to it. He is in a bigger size unit than eligible for. With that being said Mr. Vigil's portion of rent is $360.00 per month effective 6/1/19. Ms. Taliaferro also noted that Mr. Vigil's total rent increased by $50.

**Southern Nevada Regional Housing Authority**

P. O. Box 1897 Las Vegas, NV 89125 Phone - (702) 477-3100  TTY - (702) 387-1898

The Landlord asked for a rent increase. Mr. Vigil's TTP for this year is $328, and then add the difference between the $878.00 and the payment standard of $846.00, which is $32.00. So the new TTP of $328 plus the difference of $32.00 comes to the total of $360.00. That is how the Housing Authority determined his portion of rent.

The hearing officer again confirmed that Mr. Vigil's issues are the Utility Allowance, how the rent is calculated, and the homebuyer issue.

Mr. Vigil confirmed that these are the issues and again stated that the calculation is incorrect and that the law book confirms what he is saying. Mr. Vigil began instructing the hearing officer on what needed to be included in the decision letter.

**Facts:**

➢ Neither Mr. McCoy nor Mrs. Stone are employed by SNRHA at this time.

➢ The home buyer process that Mr. Vigil referred to happened years ago and is well past the timeframe to grieve.

➢ Despite multiple attempts to explain the use of the income limit chart that Mr. Vigil was using as a reference; he was insistent that it meant something else.

➢ Mr. Vigil did not accept the explanation of how the Utility Allowance was used in the calculation process.

➢ SNRHA is processing Mr. Vigil's rent in accordance with HUD regulations.

➢ Included with this decision letter is an attachment from HUD's *Section 8 Made Simple* publication, Chapter 5, titled "Determining The Total Tenant Payment And The Section 8 Rent Subsidy". It is intended to assist Mr. Vigil in understanding how the calculation process works.

**Conclusion:** Therefore, upon careful consideration, based on preponderance of the evidence, it has been determined that there has been no error in the way SNRHA has calculated Mr. Vigil's portion of rent or use of the utility allowance and no adverse action has been taken against Mr. Vigil.

**Order:** Therefore, there is no action required at this time and this grievance is ***Dismissed***.

Sincerely,

Laure Raposa,
Hearing Officer

Cc:   HCV File
       Hearing File

Attachment: Chapter 5 of Section 8 Made Simple

#510710 Mike Vigil 5/28/19